IRELL & MANELLA LLP
Layn R. Phillips (103854)
Andra Barmash Greene (123931)
Julie M. Davis (232488)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant
Taco Bell Corp.

FILED
2008 DEC -5 PM 4:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORAINE NARANJO, as an individual and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    vs.<br><br>YUM! BRANDS, INC., a corporation; TACO BELL CORP., a corporation; and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No. SACV08-1389 DOC MLGx<br><br>**DEFENDANT TACO BELL'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>PROPOSED CLASS ACTION<br><br>On removal from California Superior Court for the County of Orange<br><br>Case No. 30-2008 00114292 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1979171                    DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST

# DEFENDANT TACO BELL CORP.'S NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Taco Bell Corp. certifies that the following listed party may have a pecuniary interest in the outcome of this case:

(1)  The parent corporation of Taco Bell Corp. is YUM! Brands, Inc.

(2)  YUM! Brands, Inc. is a publicly traded corporation and owns more than 10% of Taco Bell Corp.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: December 4, 2008               IRELL & MANELLA LLP

By: *Julie M. Davis*
Julie M. Davis
Attorneys for Defendant
Taco Bell Corp.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1979171

- 1 -

DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067.

On December 5, 2008, I served the foregoing document described as **DEFENDANT TACO BELL'S NOTICE OF PARTY WITH FINANCIAL INTEREST** on each interested party, as follows:

| | |
|---|---|
| Peter M. Hart, Esq.<br>**Law Offices of Peter M. Hart**<br>13952 Bora Bora Way, F-320<br>Marina del Rey, CA 90292<br>hartpeter@msn.com<br>Telephone No.: 310-478-5789<br>Facsimile No.: 509-561-6441 | Larry W. Lee, Esq.<br>**Diversity Law Group, APC**<br>444 S. Flower Street<br>Citigroup Center - #1370<br>Los Angeles, CA 90071<br>lwlee@diversitylaw.com<br>Telephone No.: 213-488-6555<br>Facsimile No.: 213-488-6554 |

Kenneth H. Yoon, Esq.
**Law Offices of Kenneth H. Yoon**
One Wilshire Blvd., #2200
Los Angeles, CA 90017
kyoon@yoon-law.com
Telephone No.: 213-612-0988
Facsimile No.: 213-947-1211

[X]   (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Los Angeles, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on December 5, 2008, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____            _____
Cindy Altenfelder
(Type or print name)                                             (Signature)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1979171

- 2 -

DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST