1  IRELL & MANELLA LLP
   Layn R. Phillips (103854)
2  Andra Barmash Greene (123931)
   Julie M. Davis (232488)
3  840 Newport Center Drive, Suite 400
   Newport Beach, California 92660-6324
4  Telephone:  (949) 760-0991
   Facsimile:   (949) 760-5200
5
   Attorneys for Specially Appearing Defendant
6  YUM! Brands, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10 | LORAINE NARANJO, as an individual and  ) Case No. SACV08-1389 DOC (MLGx)
   | on behalf of all others similarly situated,  )
11 |                                              )
   |              Plaintiff,                      ) NOTICE OF SPECIALLY APPEARING
12 |                                              ) NON-RESIDENT DEFENDANT YUM!
   |        vs.                                   ) BRANDS, INC.'S MOTION AND MOTION
13 |                                              ) TO DISMISS FOR LACK OF PERSONAL
   | YUM! BRANDS, INC., a corporation; TACO ) JURISDICTION (Fed. R. Civ. P. 12(b)(2))
14 | BELL CORP., a corporation; and DOES 1   )
   | through 50, inclusive,                       )
15 |                                              )
   |              Defendants.                     ) Hon. David O. Carter
16 |                                              ) Courtroom 9D, Santa Ana Courthouse
   |                                              )
17 |                                              ) Hearing Date: January 26, 2009
   |                                              ) Hearing Time: :30 a.m.
18

19

20

21

22

23

24

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1984033                            NOTICE OF MOTION TO DISMISS

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD IN THIS ACTION:**

**PLEASE TAKE NOTICE** that on January 26, 2009 at 8:30 a.m., or as soon thereafter as the matter may be heard, at the above-entitled Court, located at 411 West Fourth Street, Courtroom 9D, Santa Ana, California 92701 before the Honorable David O. Carter, Specially Appearing Defendant YUM! Brands, Inc. ("Yum") will, and hereby does, move the Court for an order dismissing the case pursuant to Federal Rule of Civil Procedure 12(b)(2) on the ground that Yum does not have the contacts with California that due process requires to justify this Court's general or specific jurisdiction over it.

This motion is based on this notice of motion and motion, the memorandum of points and authorities filed concurrently herewith, the declarations of John Daly and Bridgette A. Berry-Smith and attached exhibits filed concurrently herewith, the pleadings and papers on file in this case, such matters of which this Court may take judicial notice, and any other evidence or argument as may be presented to the Court at or before the hearing on this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on December 10, 2008.

Dated: December 15, 2008                    IRELL & MANELLA LLP

                                            By:     /s/ Julie M. Davis
                                                    Julie M. Davis
                                                    Attorneys for Specially Appearing Defendant
                                                    YUM! Brands, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1984033

- 1 -
NOTICE OF MOTION TO DISMISS

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 840 Newport Center Drive, Suite 400, Newport Beach, California 92660-6324.

On December 15, 2008, I served the foregoing document described as **NOTICE OF SPECIALLY APPEARING NON-RESIDENT DEFENDANT YUM! BRANDS, INC.'S MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (Fed. R. Civ. P. 12(b)(2))** on each interested party, as follows:

| VIA U.S. MAIL | VIA E-FILING |
|---|---|
| Peter M. Hart, Esq.<br>**Law Offices of Peter M. Hart**<br>13952 Bora Bora Way, F-320<br>Marina del Rey, CA 90292<br>hartpeter@msn.com<br>Telephone No.: 310-478-5789<br>Facsimile No.: 509-561-6441 | Larry W. Lee, Esq.<br>**Diversity Law Group, APC**<br>lwlee@diversitylaw.com<br><br>Kenneth H. Yoon, Esq.<br>**Law Offices of Kenneth H. Yoon**<br>kyoon@yoon-law.com |

[X] (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Newport Beach, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on December 15, 2008, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Sarah Jones (s-jones@irell.com)
(Type or print name)

_(Signature)_