1  IRELL & MANELLA LLP
   Layn R. Phillips (103854)
2  Andra Barmash Greene (123931)
   Julie M. Davis (232488)
3  840 Newport Center Drive, Suite 400
   Newport Beach, California 92660-6324
4  Telephone: (949) 760-0991
   Facsimile: (949) 760-5200
5
   Attorneys for Specially Appearing Defendant
6  YUM! Brands, Inc.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 LORAINE NARANJO, as an individual and on behalf of all others similarly 11 situated,<br><br>12          Plaintiff,<br><br>13     vs.<br><br>14 YUM! BRANDS, INC., a corporation; TACO BELL CORP., a corporation; and 15 DOES 1 through 50, inclusive,<br><br>16          Defendants. | Case No. SACV08-1389 DOC (MLGx)<br><br>**DECLARATION OF BRIDGETTE A. BERRY-SMITH IN SUPPORT OF SPECIALLY APPEARING NON-RESIDENT DEFENDANT YUM! BRANDS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Hon. David O. Carter<br>Courtroom 9D, Santa Ana Courthouse<br><br>Hearing Date:   January 26, 2009<br>Hearing Time:   8:30 a.m. |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1983691

BERRY-SMITH DECL. IN SUPPORT OF YUM! BRANDS, INC.'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

## DECLARATION OF BRIDGETTE A. BERRY-SMITH

I, Bridgette A. Berry-Smith, declare as follows:

1. I am the Assistant Secretary of Taco Bell Corp. I have personal knowledge of, or am informed and believe the following, and if called as a witness, I could and would competently testify thereto.

2. Taco Bell Corp. ("Taco Bell") is a California corporation headquartered in Irvine, California.

3. Taco Bell was founded in 1962 in Downey, California, and incorporated on March 21, 1962. In 1978, Taco Bell was acquired by PepsiCo, Inc. ("PepsiCo"). In 1997, Taco Bell, along with several other PepsiCo subsidiaries, was spun off and became a subsidiary of Tricon Global Restaurants, Inc. ("Tricon"). In 2002, Tricon changed its name to YUM! Brands, Inc. ("Yum").

4. Yum is the sole owner of Taco Bell. However, Yum is not involved in Taco Bell's day-to-day decision making, including decisions regarding employee compensation, and record keeping. Taco Bell's executives have complete discretion to make all decisions with regard to the operation and management of restaurants owned by Taco Bell.

5. Taco Bell maintains its own bank accounts and pays income taxes in the state of California. Taco Bell owns personal property in the state of California, and owns or leases real property for its restaurant locations in the state. Taco Bell owns over 200 restaurant locations in California, and employs several thousand employees at those locations. In addition to these restaurant locations and its Irvine headquarters, Taco Bell maintains regional offices in the state of California and has employees at each regional office location.

6. Taco Bell restaurant employees in the state of California, including Loraine Naranjo, are hired by Taco Bell, and Yum personnel or executives have no role in such decisions.

7. Taco Bell maintains its own legal department, advertising department, and franchising department. Taco Bell employs its own public relations personnel and human resources personnel. Yum personnel do not oversee Taco Bell's day-to-day restaurant operations.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1983691

- 1 -

BERRY-SMITH DECL. IN SUPPORT OF YUM! BRANDS, INC.'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

- 2 -

8. Taco Bell has its own operations manual and restaurant employee handbook and sets all policies for the Taco Bell restaurants it owns, including policies concerning employee pay and reimbursement, and record keeping. Yum personnel or executives play no part in any day-to-day decision-making for Taco Bell restaurants.

Executed this 15th day of December, 2008, at Irvine, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Bridgette A. Berry-Smith

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1983691

- 2 -
BERRY-SMITH DECL. IN SUPPORT OF YUM! BRANDS, INC.'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 840 Newport Center Drive, Suite 400, Newport Beach, California 92660-6324.

On December 15, 2008, I served the foregoing document described as **DECLARATION OF BRIDGETTE A. BERRY-SMITH IN SUPPORT OF SPECIALLY APPEARING NON-RESIDENT DEFENDANT YUM! BRANDS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** on each interested party, as follows:

| VIA U.S. MAIL | VIA E-FILING |
|---|---|
| Peter M. Hart, Esq.<br>**Law Offices of Peter M. Hart**<br>13952 Bora Bora Way, F-320<br>Marina del Rey, CA 90292<br>hartpeter@msn.com<br>Telephone No.: 310-478-5789<br>Facsimile No.: 509-561-6441 | Larry W. Lee, Esq.<br>**Diversity Law Group, APC**<br>lwlee@diversitylaw.com<br><br>Kenneth H. Yoon, Esq.<br>**Law Offices of Kenneth H. Yoon**<br>kyoon@yoon-law.com |

[X]  (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Newport Beach, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on December 15, 2008, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Sarah Jones (s-jones@irell.com)
(Type or print name)

*/s/ Sarah Jones*
(Signature)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1983691

- 3 -
BERRY-SMITH DECL. IN SUPPORT OF YUM! BRANDS, INC.'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION