IRELL & MANELLA LLP
Layn R. Phillips (103854)
Andra Barmash Greene (123931)
Julie M. Davis (232488)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Specially Appearing Defendant
YUM! Brands, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORAINE NARANJO, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>YUM! BRANDS, INC., a corporation; TACO BELL CORP., a corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. SACV08-1389 DOC (MLGx)<br><br>**DECLARATION OF JOHN DALY IN SUPPORT OF SPECIALLY APPEARING NON-RESIDENT DEFENDANT YUM! BRANDS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Hon. David O. Carter<br>Courtroom 9D, Santa Ana Courthouse<br><br>Hearing Date:   January 26, 2009<br>Hearing Time:   8:30 a.m. |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1983328

DALY DECL. IN SUPPORT OF YUM! BRANDS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

## DECLARATION OF JOHN DALY

I, John Daly, declare as follows:

1. I am the Corporate Counsel and Assistant Secretary of YUM! Brands, Inc. I have held this position since 1998. I have personal knowledge of, or am informed and believe the following, and if called as a witness, I could and would competently testify thereto.

2. YUM! Brands, Inc. ("Yum"), formerly known as Tricon Global Restaurants, Inc. ("Tricon"), is a North Carolina holding company headquartered in Louisville, Kentucky. Yum's name change from Tricon was effective on May 16, 2002.

3. Yum is a holding company whose primary business is owning controlling interests in other corporations for investment purposes. Yum is the sole owner of Taco Bell Corp. ("Taco Bell"), a defendant in this action. Yum has approximately 250 subsidiaries. The majority of these subsidiaries are engaged in the quick service restaurant business or related businesses, including Taco Bell, Pizza Hut, Long John Silvers, A&W All American Food, KFC, and Yum Restaurants International. Yum itself is not actively engaged in the operation of restaurants.

4. Yum acquired Taco Bell in 1997, when PepsiCo, its owner, spun off KFC, Pizza Hut, and Taco Bell, making them subsidiaries of Tricon.

5. Yum is not qualified with the California Secretary of State as a foreign corporation.

6. Yum has no agent for service of process, sales representative or employees in the state of California.

7. Yum pays no California taxes.

8. Yum does not own any real or personal property in the state of California, nor does it maintain an office or mailing address in the state.

9. Yum does not maintain a bank account or deposit account in the state of California.

10. Yum transacts no business in California. Yum issues consolidated financial statements that reflect operating results and expenses for all of its subsidiaries. A true and correct copy of Yum's 2007 10K report is attached hereto as Exhibit 1. As Yum's 10K demonstrates, Yum does hold stock in subsidiary companies, such as Taco Bell, that conduct business in

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1983328

- 1 -

DALY DECL. IN SUPPORT OF YUM! BRANDS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

California. Yum conducts regular meetings of its Board of Directors and keeps its own corporate meeting minutes outside California.

11. Non-employee members of Yum's Board of Directors do not travel to California on Yum-related business. If such trips would occur, the trips would not involve management of any individual restaurant locations.

12. Yum does not set policies for Taco Bell restaurants, including without limitation policies concerning employee pay and reimbursement, and record keeping.. Yum personnel or executives play no part in any day-to-day decision-making for Taco Bell restaurants.

Executed this 15th day of December, 2008, at Louisville, Kentucky.

I declare under penalty of perjury that the foregoing is true and correct.

_____
John Daly

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 840 Newport Center Drive, Suite 400, Newport Beach, California 92660-6324.

On December 15, 2008, I served the foregoing document described as **DECLARATION OF JOHN DALY IN SUPPORT OF SPECIALLY APPEARING NON-RESIDENT DEFENDANT YUM! BRANDS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** on each interested party, as follows:

**VIA U.S. MAIL**

Peter M. Hart, Esq.
**Law Offices of Peter M. Hart**
13952 Bora Bora Way, F-320
Marina del Rey, CA 90292
hartpeter@msn.com
Telephone No.: 310-478-5789
Facsimile No.: 509-561-6441

**VIA E-FILING**

Larry W. Lee, Esq.
**Diversity Law Group, APC**
lwlee@diversitylaw.com

Kenneth H. Yoon, Esq.
**Law Offices of Kenneth H. Yoon**
kyoon@yoon-law.com

[X] **(BY MAIL)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Newport Beach, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on December 15, 2008, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Sarah Jones (s-jones@irell.com)
(Type or print name)

/s/ Sarah Jones
(Signature)