**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D. C. 20549

**FORM 10-K**

[✓]   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934** for the fiscal year ended December 29, 2007

OR

[ ]   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____

**Commission file number 1-13163**

**YUM! BRANDS, INC.**
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| North Carolina | 13-3951308 |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 1441 Gardiner Lane, Louisville, Kentucky | 40213 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (502) 874-8300

Securities registered pursuant to Section 12(b) of the Act

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, no par value | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in the Rule 405 of the Securities Act. Yes √ No __

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes __ No √

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes √ No __

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [√]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, non-accelerated filer or smaller reporting company. See definition of "accelerated filer, large accelerated filer and smaller reporting company" in Rule 12-b of the Exchange Act (Check one): Large accelerated filer: [√] Accelerated filer: [ ] Non-accelerated filer: [ ] Smaller reporting company: [ ]

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes __ No √

The aggregate market value of the voting stock (which consists solely of shares of Common Stock) held by non-affiliates of the registrant as of June 16, 2007 computed by reference to the closing price of the registrant's Common Stock on the New York Stock Exchange Composite Tape on such date was $17,730,290,814. All executive officers and directors of the registrant have been deemed, solely for the purpose of the foregoing calculation, to be "affiliates" of the registrant. The number of shares outstanding of the registrant's Common Stock as of February 18, 2008 was 475,493,520 shares.

**Documents Incorporated by Reference**

Portions of the definitive proxy statement furnished to shareholders of the registrant in connection with the annual meeting of shareholders to be held on May 15, 2008 are incorporated by reference into Part III.

PART I

**Item 1.**          **Business.**

YUM! Brands, Inc. (referred to herein as "YUM" or the "Company"), was incorporated under the laws of the state of North Carolina in 1997.  The principal executive offices of YUM are located at 1441 Gardiner Lane, Louisville, Kentucky 40213, and the telephone number at that location is (502) 874-8300.

YUM, the registrant, together with its subsidiaries, is referred to in this Form 10-K annual report ("Form 10-K") as the Company.  The terms "we," "us" and "our" are also used in the Form 10-K to refer to the Company.  Throughout this Form 10-K, the terms "restaurants," "stores" and "units" are used interchangeably.

This Form 10-K should be read in conjunction with the Cautionary Statements on pages 47 through 48.

**(a)          General Development of Business**

In January 1997, PepsiCo announced its decision to spin-off its restaurant businesses to shareholders as an independent public company (the "Spin-off").  Effective October 6, 1997, PepsiCo disposed of its restaurant businesses by distributing all of the outstanding shares of Common Stock of YUM to its shareholders.

On May 7, 2002, YUM completed the acquisition of Yorkshire Global Restaurants, Inc. ("YGR"), the parent company and operator of Long John Silver's ("LJS") and A&W All-American Food Restaurants ("A&W").  On May 16, 2002, following receipt of shareholder approval, the Company changed its name from TRICON Global Restaurants, Inc. to YUM! Brands, Inc.

**(b)          Financial Information about Operating Segments**

YUM consists of six operating segments: KFC-U.S., Pizza Hut-U.S., Taco Bell-U.S., LJS/A&W-U.S., YUM Restaurants International ("YRI" or "International Division") and YUM Restaurants China ("China Division").   For financial reporting purposes, management considers the four U.S. operating segments to be similar and, therefore, has aggregated them into a single reportable operating segment.  The China Division includes mainland China ("China"), Thailand and KFC Taiwan, and the International Division includes the remainder of our international operations.

Operating segment information for the years ended December 29, 2007, December 30, 2006 and December 31, 2005 for the Company is included in Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") in Part II, Item 7, pages 21 through 48 and in the related Consolidated Financial Statements and footnotes in Part II, Item 8, pages 49 through 101.

**(c)          Narrative Description of Business**

**General**

YUM is the world's largest quick service restaurant ("QSR") company based on number of system units, with more than 35,000 units in more than 100 countries and territories.  Through the five concepts of KFC, Pizza Hut, Taco Bell, LJS and A&W (the "Concepts"), the Company develops, operates, franchises and licenses a worldwide system of restaurants which prepare, package and sell a menu of competitively priced food items.  In all five of its Concepts, the Company either operates units or they are operated by independent franchisees or licensees under the terms of franchise or license agreements.  Franchisees can range in size from individuals owning just one unit to large publicly traded companies.  In addition, the Company owns non-controlling interests in Unconsolidated Affiliates who operate similar to franchisees.

2

At year end 2007, we had approximately 20,000 system restaurants in the U.S. which generated revenues of $5.2 billion and operating profit of $739 million during 2007. The International Division, based in Dallas, Texas, comprises more than 12,000 system restaurants, primarily KFCs and Pizza Huts, operating in over 100 countries outside the U.S. In 2007, YRI achieved revenues of $3.1 billion and operating profit of $480 million. The China Division, based in Shanghai, China, comprises more than 3,000 system restaurants, predominately KFCs. In 2007, the China Division achieved revenues of $2.1 billion and operating profit of $375 million.

**Restaurant Concepts**

Most restaurants in each Concept offer consumers the ability to dine in and/or carry out food. In addition, Taco Bell, KFC, LJS and A&W offer a drive-thru option in many stores. Pizza Hut offers a drive-thru option on a much more limited basis. Pizza Hut and, on a much more limited basis, KFC offer delivery service.

Each Concept has proprietary menu items and emphasizes the preparation of food with high quality ingredients, as well as unique recipes and special seasonings to provide appealing, tasty and attractive food at competitive prices.

The franchise program of the Company is designed to assure consistency and quality, and the Company is selective in granting franchises. Under standard franchise agreements, franchisees supply capital – initially by paying a franchise fee to YUM, purchasing or leasing the land, building and equipment and purchasing signs, seating, inventories and supplies and, over the longer term, by reinvesting in the business. Franchisees then contribute to the Company's revenues through the payment of royalties based on a percentage of sales.

The Company believes that it is important to maintain strong and open relationships with its franchisees and their representatives. To this end, the Company invests a significant amount of time working with the franchisee community and their representative organizations on all aspects of the business, including products, equipment, operational improvements and standards and management techniques.

The Company and its franchisees also operate multibrand units, primarily in the U.S., where two or more of the Concepts are operated in a single unit. At year end 2007, there were 3,989 multibranded units in the worldwide system, of which 3,699 were in the U.S. These units were comprised of 2,703 units offering food products from two of the Concepts, 47 units offering food products from three of the Concepts and 1,216 units offering food products from Pizza Hut and WingStreet, a flavored chicken wings concept. YUM has 23 units offering food products from KFC and Wing Works, another flavored chicken wings concept developed by YUM.

Following is a brief description of each concept:

*KFC*

- KFC was founded in Corbin, Kentucky by Colonel Harland D. Sanders, an early developer of the quick service food business and a pioneer of the restaurant franchise concept. The Colonel perfected his secret blend of 11 herbs and spices for Kentucky Fried Chicken in 1939 and signed up his first franchisee in 1952. KFC is based in Louisville, Kentucky.

- As of year end 2007, KFC was the leader in the U.S. chicken QSR segment among companies featuring chicken-on-the-bone as their primary product offering, with a 45 percent market share (Source: The NPD Group, Inc.; NPD Foodworld; CREST) in that segment, which is nearly four times that of its closest national competitor.

- KFC operates in 105 countries and territories throughout the world. As of year end 2007, KFC had 5,358 units in the U.S. and 9,534 units outside the U.S., including 2,140 units in mainland China. Approximately 18 percent of the U.S. units and 25 percent of the non-U.S. units are operated by the Company.

- Traditional KFC restaurants in the U.S. offer fried chicken-on-the-bone products, primarily marketed under the names Original Recipe and Extra Tasty Crispy. Other principal entree items include chicken sandwiches (including the Snacker and the Twister), KFC Famous Bowls, Colonel's Crispy Strips, Wings, Popcorn Chicken and seasonally, Chunky Chicken Pot Pies. KFC restaurants in the U.S. also offer a variety of side items, such as biscuits, mashed potatoes and gravy, coleslaw, corn, and potato wedges, as well as desserts. While many of these products are offered outside of the U.S., international menus are more focused on chicken sandwiches and Colonel's Crispy Strips, and include side items that are suited to local preferences and tastes. Restaurant decor throughout the world is characterized by the image of the Colonel.

## *Pizza Hut*

- The first Pizza Hut restaurant was opened in 1958 in Wichita, Kansas, and within a year, the first franchise unit was opened. Today, Pizza Hut is the largest restaurant chain in the world specializing in the sale of ready-to-eat pizza products. Pizza Hut is based in Dallas, Texas.

- As of year end 2007, Pizza Hut was the leader in the U.S. pizza QSR segment, with a 15 percent market share (Source: The NPD Group, Inc.; NPD Foodworld; CREST) in that segment.

- Pizza Hut operates in 97 countries and territories throughout the world. As of year end 2007, Pizza Hut had 7,515 units in the U.S., and 5,362 units outside of the U.S. Approximately 17 percent of the U.S. units and 25 percent of the non-U.S. units are operated by the Company.

- Pizza Hut features a variety of pizzas, which may include Pan Pizza, Thin 'n Crispy, Hand Tossed, Sicilian, Stuffed Crust, Twisted Crust, Sicilian Lasagna Pizza, Cheesy Bites Pizza, The Big New Yorker, The Insider, The Chicago Dish and 4forALL. Each of these pizzas is offered with a variety of different toppings. In some restaurants, Pizza Hut also offers chicken wings, breadsticks, pasta, salads and sandwiches. Menu items outside of the U.S. are generally similar to those offered in the U.S., though pizza toppings are often suited to local preferences and tastes.

## *Taco Bell*

- The first Taco Bell restaurant was opened in 1962 by Glen Bell in Downey, California, and in 1964, the first Taco Bell franchise was sold. Taco Bell is based in Irvine, California.

- As of year end 2007, Taco Bell was the leader in the U.S. Mexican QSR segment, with a 54 percent market share (Source: The NPD Group, Inc.; NPD Foodworld; CREST) in that segment.

- Taco Bell operates in 15 countries and territories throughout the world. As of year end 2007, there were 5,580 Taco Bell units in the U.S., and 240 units outside of the U.S. Approximately 23 percent of the U.S. units and 1 percent of the non-U.S. units are operated by the Company.

- Taco Bell specializes in Mexican-style food products, including various types of tacos, burritos, gorditas, chalupas, quesadillas, taquitos, salads, nachos and other related items. Additionally, proprietary entrée items include Grilled Stuft Burritos and Border Bowls. Taco Bell units feature a distinctive bell logo on their signage.

## *LJS*

- The first LJS restaurant opened in 1969 and the first LJS franchise unit opened later the same year. LJS is based in Louisville, Kentucky.

- As of year end 2007, LJS was the leader in the U.S. seafood QSR segment, with a 32 percent market share (Source: The NPD Group, Inc.; NPD Foodworld; CREST) in that segment.

- LJS operates in 7 countries and territories throughout the world. As of year end 2007, there were 1,081 LJS units in the U.S., and 38 units outside the U.S. Approximately 30 percent of the U.S. units are operated by the Company. All non-U.S. units are operated by franchisees or licensees.

- LJS features a variety of seafood and chicken items, including meals featuring batter-dipped fish, chicken, shrimp, hushpuppies and portable snack items. LJS units typically feature a distinctive seaside/nautical theme.

*A&W*

- A&W was founded in Lodi, California by Roy Allen in 1919 and the first A&W franchise unit opened in 1925. A&W is based in Louisville, Kentucky.

- A&W operates in 11 countries and territories throughout the world. As of year end 2007, there were 371 A&W units in the U.S., and 254 units outside the U.S. Approximately 1 percent of the U.S. units are operated by the Company. All non-U.S. units are operated by franchisees.

- A&W serves A&W draft Root Beer and a signature A&W Root Beer float, as well as hot dogs and hamburgers.

**Restaurant Operations**

Through its Concepts, YUM develops, operates, franchises and licenses a worldwide system of both traditional and non-traditional QSR restaurants. Traditional units feature dine-in, carryout and, in some instances, drive-thru or delivery services. Non-traditional units, which are typically licensed outlets, include express units and kiosks which have a more limited menu and operate in non-traditional locations like malls, airports, gasoline service stations, convenience stores, stadiums, amusement parks and colleges, where a full-scale traditional outlet would not be practical or efficient.

The Company's restaurant management structure varies by Concept and unit size. Generally, each Company restaurant is led by a restaurant general manager ("RGM"), together with one or more assistant managers, depending on the operating complexity and sales volume of the restaurant. In the U.S., the average restaurant has 25 to 30 employees, while internationally this figure can be significantly higher depending on the location and sales volume of the restaurant. Most of the employees work on a part-time basis. We issue detailed manuals, which may then be customized to meet local regulations and customs, covering all aspects of restaurant operations, including food handling and product preparation procedures, safety and quality issues, equipment maintenance, facility standards and accounting control procedures. The restaurant management teams are responsible for the day-to-day operation of each unit and for ensuring compliance with operating standards. CHAMPS -- which stands for Cleanliness, Hospitality, Accuracy, Maintenance, Product Quality and Speed of Service -- is our proprietary core systemwide program for training, measuring and rewarding employee performance against key customer measures. CHAMPS is intended to align the operating processes of our entire system around one set of standards. RGMs' efforts, including CHAMPS performance measures, are monitored by Area Coaches. Area Coaches typically work with approximately six to twelve restaurants. Various senior operators visit the Company's restaurants from time to time to help ensure adherence to system standards and mentor restaurant team members.

**Supply and Distribution**

The Company is a substantial purchaser of a number of food and paper products, equipment and other restaurant supplies. The principal items purchased include chicken, cheese, beef and pork products, seafood, paper and packaging materials.

<u>U.S. Division.</u>   The Company, along with the representatives of the Company's KFC, Pizza Hut, Taco Bell, LJS and A&W franchisee groups, are members in the Unified FoodService Purchasing Co-op, LLC (the "Unified Co-op") which was created for the purpose of purchasing certain restaurant products and equipment in the U.S. The core mission of the Unified Co-op is to provide the lowest possible sustainable store-delivered prices for restaurant products and equipment while ensuring compliance with certain quality and safety standards. This arrangement combines the purchasing power of the Company and franchisee restaurants in the U.S. which the Company believes leverages the system's scale to drive cost savings and effectiveness in the purchasing function. The Company also believes that the Unified Co-op has resulted, and should continue to result, in closer alignment of interests and a stronger relationship with its franchisee community.

The Company is committed to conducting its business in an ethical, legal and socially responsible manner. To encourage compliance with all legal requirements and ethical business practices, YUM has a supplier code of conduct for all U.S. suppliers to our business. To ensure the quality and safety of food products, suppliers and distributors are required to meet strict quality control standards. Long-term contracts and long-term vendor relationships are used to ensure availability of products. The Company has not experienced any significant continuous shortages of supplies, and alternative sources for most of these products are generally available. Prices paid for these supplies fluctuate. When prices increase, the Company may be able to pass on such increases to its customers, although there is no assurance that this can be done practically.

Most food products, paper and packaging supplies, and equipment used in the operation of the Company's restaurants are distributed to individual restaurant units by third party distribution companies. McLane Company, Inc. ("McLane") is the exclusive distributor for Company-operated KFCs, Pizza Huts, Taco Bells and Long John Silvers in the U.S. and for a substantial number of franchisee and licensee stores. McLane became the distributor when it assumed all distribution responsibilities under an existing agreement between Ameriserve Food Distribution, Inc. ("AmeriServe") and the Company. This agreement extends through October 31, 2010 and generally prohibits Company-operated KFC, Pizza Hut and Taco Bell restaurants from using alternative distributors in the U.S. The Company stores within the LJS and A&W systems are covered under a separate agreement with McLane.

<u>International and China Divisions.</u>  Outside of the U.S. we and our franchisees use decentralized sourcing and distribution systems involving many different global, regional, and local suppliers and distributors. In certain countries, we own all or a portion of the distribution system, including mainland China where we own the entire distribution system.

**Trademarks and Patents**

The Company and its Concepts own numerous registered trademarks and service marks. The Company believes that many of these marks, including its Kentucky Fried Chicken®, KFC®, Pizza Hut®, Taco Bell® and Long John Silver's® marks, have significant value and are materially important to its business. The Company's policy is to pursue registration of its important marks whenever feasible and to oppose vigorously any infringement of its marks. The Company also licenses certain A&W trademarks and service marks (the "A&W Marks"), which are owned by A&W Concentrate Company (formerly A&W Brands, Inc.). A&W Concentrate Company, which is not affiliated with the Company, has granted the Company an exclusive, worldwide (excluding Canada), perpetual, royalty-free license (with the right to sublicense) to use the A&W Marks for restaurant services.

The use of these marks by franchisees and licensees has been authorized in KFC, Pizza Hut, Taco Bell, LJS and A&W franchise and license agreements. Under current law and with proper use, the Company's rights in its marks can generally last indefinitely. The Company also has certain patents on restaurant equipment which, while valuable, are not material to its business.

**Working Capital**

Information about the Company's working capital is included in MD&A in Part II, Item 7, pages 21 through 48 and the Consolidated Statements of Cash Flows in Part II, Item 8, page 53.

**Customers**

The Company's business is not dependent upon a single customer or small group of customers.

**Seasonal Operations**

The Company does not consider its operations to be seasonal to any material degree.

**Backlog Orders**

Company restaurants have no backlog orders.

**Government Contracts**

No material portion of the Company's business is subject to renegotiation of profits or termination of contracts or subcontracts at the election of the U.S. government.

**Competition**

The retail food industry, in which the Company competes, is made up of supermarkets, supercenters, warehouse stores, convenience stores, coffee shops, snack bars, delicatessens and restaurants (including the QSR segment), and is intensely competitive with respect to food quality, price, service, convenience, location and concept. The industry is often affected by changes in consumer tastes; national, regional or local economic conditions; currency fluctuations; demographic trends; traffic patterns; the type, number and location of competing food retailers and products; and disposable purchasing power. Each of the Concepts compete with international, national and regional restaurant chains as well as locally-owned restaurants, not only for customers, but also for management and hourly personnel, suitable real estate sites and qualified franchisees. In 2007, the restaurant business in the U.S. consisted of about 935,000 restaurants representing approximately $535 billion in annual sales. The Company's Concepts accounted for about 2% of those restaurants and about 3% of those sales. There is currently no way to reasonably estimate the size of the competitive market outside the U.S.

**Research and Development ("R&D")**

The Company operates R&D facilities in Louisville, Kentucky; Dallas, Texas; and Irvine, California and in several locations outside the U.S., including Shanghai, China. The Company expensed $39 million, $33 million and $33 million in 2007, 2006 and 2005, respectively, for R&D activities. From time to time, independent suppliers also conduct research and development activities for the benefit of the YUM system.

**Environmental Matters**

The Company is not aware of any federal, state or local environmental laws or regulations that will materially affect its earnings or competitive position, or result in material capital expenditures. However, the Company cannot predict the effect on its operations of possible future environmental legislation or regulations. During 2007, there were no material capital expenditures for environmental control facilities and no such material expenditures are anticipated.

**Government Regulation**

*U.S. Division.* The Company and its U.S. Division are subject to various federal, state and local laws affecting its business. Each of the Company's restaurants in the U.S. must comply with licensing and regulation by a number of governmental authorities, which include health, sanitation, safety and fire agencies in the state or municipality in which

the restaurant is located. In addition, the Company must comply with various state laws that regulate the franchisor/franchisee relationship. To date, the Company has not been significantly affected by any difficulty, delay or failure to obtain required licenses or approvals.

The Company is also subject to federal and state laws governing such matters as employment and pay practices, overtime, tip credits and working conditions. The bulk of the Company's employees are paid on an hourly basis at rates related to the federal and state minimum wages.

The Company is also subject to federal and state child labor laws which, among other things, prohibit the use of certain "hazardous equipment" by employees younger than 18 years of age. The Company has not been materially adversely affected by such laws to date.

The Company continues to monitor its facilities for compliance with the Americans with Disabilities Act ("ADA") in order to conform to its requirements. Under the ADA, the Company could be required to expend funds to modify its restaurants to better provide service to, or make reasonable accommodation for the employment of, disabled persons. We believe that expenditures, if required, would not have a material adverse effect on the Company's results of operations or cash flows.

_International and China Divisions._ The Company's restaurants outside the U.S. are subject to national and local laws and regulations which are similar to those affecting the Company's U.S. restaurants, including laws and regulations concerning labor, health, sanitation and safety. The restaurants outside the U.S. are also subject to tariffs and regulations on imported commodities and equipment and laws regulating foreign investment. International compliance with environmental requirements has not had a material adverse effect on the Company's results of operations, capital expenditures or competitive position.

## Employees

As of year end 2007, the Company employed approximately 301,000 persons, approximately 84 percent of whom were part-time. Approximately 34 percent of the Company's employees are employed in the U.S. The Company believes that it provides working conditions and compensation that compare favorably with those of its principal competitors. Most Company employees are paid on an hourly basis. Some of the Company's non-U.S. employees are subject to labor council relationships that vary due to the diverse cultures in which the Company operates. The Company considers its employee relations to be good.

**(d)** **Financial Information about Geographic Areas**

Financial information about our significant geographic areas (U.S., International Division and China Division) is incorporated herein by reference from Selected Financial Data in Part II, Item 6, page 19; Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") in Part II, Item 7, pages 21 through 48; and in the related Consolidated Financial Statements and footnotes in Part II, Item 8, pages 49 through 101.

**(e)** **Available Information**

The Company makes available through the Investor Relations section of its internet website at www.yum.com its annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the Exchange Act, as soon as reasonably practicable after electronically filing such material with the Securities and Exchange Commission. Our Corporate Governance Principles and our Code of Conduct are also located within this section of the website. The reference to the Company's website address does not constitute incorporation by reference of the information contained on the website and should not be considered part of this document. These documents, as well as our SEC filings, are available in print to any shareholder who requests a copy from our Investor Relations Department.

**Item 1A.**      **Risk Factors.**

Our business and industry face a variety of risks, including operational, legal, regulatory and product risks. The following are some of the more significant factors that could affect our business and our results of operations. Other factors may exist that we cannot anticipate or that we do not consider significant based on currently available information.

*Food safety and food-borne illness concerns may have an adverse effect on our business.*

We consider food safety a top priority and dedicate substantial resources to ensure that our customers enjoy safe, quality food products. However, food-borne illnesses (such as E. coli, hepatitis A, trichinosis or salmonella) and food safety issues have occurred in the past (see Note 22, Guarantees, Commitments and Contingencies, to the Consolidated Financial Statements included in Part II, Item 8 of this report for a discussion of litigation arising from an E. coli outbreak allegedly linked to a number of Taco Bell restaurants in the Northeast U.S. during November/December 2006), and could occur in the future. If such instances of food-borne illness or other food safety issues were to occur, whether at our restaurants or hose of our competitors, negative publicity could result which could adversely affect sales and profitability. If our customers become ill from food-borne illnesses, we could also be forced to temporarily close some restaurants. Additionally, the occurrence of food-borne illnesses or food safety issues could adversely affect the price and availability of affected ingredients. Finally, like other companies in the restaurant industry, some of our products may contain genetically engineered food products, and our U.S. suppliers are currently not required to label their products as such. Increased regulation of and opposition to genetically engineered food products have on occasion and may in the future force us to use alternative sources at increased costs.

*Our China operations subject us to risks that could negatively affect our business.*

A significant and growing portion of our restaurants are located in China. As a result, our financial results are increasingly dependent on our results in China, and our business is increasingly exposed to risks there. These risks include changes in economic conditions (including inflation, consumer spending and unemployment levels), tax rates and laws and consumer preferences, as well as changes in the regulatory environment. In addition, our results of operations in China and the value of our Chinese assets are affected by fluctuations in currency exchange rates, which may favorably or adversely affect reported earnings. There can be no assurance as to the future effect of any such changes on our results of operations, financial condition or cash flows.

In addition, any significant or prolonged deterioration in U.S.-China relations could adversely affect our China business. Many of the risks and uncertainties of doing business in China are solely within the control of the Chinese government. China's government regulates the scope of our foreign investments and business conducted within China. Although management believes it has structured our China operations to comply with local laws, there are uncertainties regarding the interpretation and application of laws and regulations and the enforceability of intellectual property and contract rights in China. If we were unable to enforce our intellectual property and contract rights in China, our business would be adversely impacted.

*Our other foreign operations subject us to risks that could negatively affect our business.*

A significant portion of our restaurants are operated in foreign countries and territories outside of the U.S. and China, and we intend to continue expansion of our international operations. As a result, our business is increasingly exposed to risks inherent in foreign operations. These risks, which can vary substantially by market, include political instability, social and ethnic unrest, changes in economic conditions (including inflation, consumer spending and unemployment levels), the regulatory environment, tax rates and laws and consumer preferences as well as changes in the laws and policies that govern foreign investment in countries where our restaurants are operated. In addition, our results of operations and the value of our foreign assets are affected by fluctuations in foreign currency exchange rates, which may favorably or adversely affect reported earnings. There can be no assurance as to the future effect of any such changes on our results of operations, financial condition or cash flows.

EX. 1
Page 9

*Changes in commodity and other operating costs or supply chain and business disruptions could adversely affect our results of operations.*

While we take measures to anticipate and react to changes in food, energy and supply costs, any increase in certain commodity prices could adversely affect our operating results. Because we provide moderately priced food, our ability to pass along commodity price increases to our customers may be limited. Additionally, significant increases in gasoline prices could result in a decrease of customer traffic at our restaurants or the imposition of fuel surcharges by our distributors, each of which could adversely affect our business. We rely on third party distribution companies to deliver food and supplies to our stores. Interruption of distribution services due to financial distress or other issues could impact our operations. Our operating expenses also include employee benefits and insurance costs (including workers' compensation, general liability, property and health) which may increase over time. Finally, our industry is susceptible to natural disasters which could result in restaurant closures and supply chain and business disruptions.

*Health concerns arising from outbreaks of Avian Flu may have an adverse effect on our business.*

Asian and European countries have experienced outbreaks of Avian Flu, and some commentators have hypothesized that further outbreaks could occur and reach pandemic levels. While fully-cooked chicken has been determined to be safe for consumption, and while we have taken and continue to take measures to anticipate and minimize the effect of these outbreaks on our business, future outbreaks could adversely affect the price and availability of poultry and cause customers to shift their preferences. In addition, outbreaks on a widespread basis could also affect our ability to attract and retain employees.

*Our operating results are closely tied to the success of our Concepts' franchisees.*

As a result of our franchising programs, our operating results are dependent upon the sales volumes and viability of our franchisees. Any significant inability of our franchisees to operate successfully could adversely affect our operating results. We have limited control over our franchisees and the quality of franchise restaurant operations may be impacted by factors that are not in our control. Franchisees may not have access to the financial or management resources that they need to open or continue operating the restaurants contemplated by their franchise agreements with us, or be able to find suitable sites on which to develop them. In addition, franchisees may not be able to negotiate acceptable lease or purchase terms for the sites, obtain the necessary permits and government approvals or meet construction schedules. Our franchisees generally depend upon financing from banks and other financial institutions in order to construct and open new restaurants. In some instances, financing has been difficult to obtain for some operators. Any of these problems could slow our planned growth.

*Our results and financial condition could be affected by the success of our refranchising program.*

We are in the process of a refranchising program, which could reduce the percentage of company ownership in the U.S. excluding licensees, from approximately 22% at the end of 2007 to potentially less than 10% by the end of 2010. Our ability to execute this plan will depend on, among other things, whether we can find viable and appropriate buyers for our restaurants, how quickly we can agree to terms with potential buyers and the availability of financing to potential buyers. The success of the refranchising program once executed will depend on, among other things, our selection of buyers who can effectively operate our restaurants, our ability to limit our exposure to contingent liabilities in connection with the sale of our restaurants, and whether the resulting ownership mix of Company-operated and franchisee-operated restaurant allows us to meet our financial objectives. In addition, refranchising activity could vary significantly from quarter-to quarter and year-to-year and that volatility could impact our reported earnings.

*We could be party to litigation that could adversely affect us by increasing our expenses or subjecting us to material money damages and other remedies.*

Like others in the restaurant industry, we are susceptible to claims filed by customers alleging that we are responsible for an illness or injury they suffered at or after a visit to our restaurants. Regardless of whether any claims against us are

EX. 1
Page 10

valid, or whether we are ultimately held liable, such litigation may be expensive to defend and may divert time and money away from our operations and hurt our performance. A judgment for significant monetary damages in excess of any insurance coverage could adversely affect our financial condition or results of operations. Any adverse publicity resulting from these allegations may also adversely affect our reputation, which in turn could adversely affect our results.

In addition, the restaurant industry has been subject to claims that relate to the nutritional content of food products, as well as claims that the menus and practices of restaurant chains have led to the obesity of some customers. We may also be subject to this type of claim in the future and, even if we are not, publicity about these matters (particularly directed at the quick service and fast-casual segments of the industry) may harm our reputation and adversely affect our results.

*Changes in governmental regulations may adversely affect our business operations.*

We and our franchisees are subject to various federal, state and local regulations. Each of our restaurants is subject to state and local licensing and regulation by health, sanitation, food and workplace safety and other agencies. Requirements of local authorities with respect to zoning, land use, licensing, permitting and environmental factors could delay or prevent development of new restaurants in particular locations. In addition, we face risks arising from compliance with and enforcement of increasingly complex federal and state immigration laws and regulations.

We are subject to the Americans with Disabilities Act and similar state laws that give civil rights protections to individuals with disabilities in the context of employment, public accommodations and other areas. The expenses associated with any facilities modifications required by these laws could be material. Our operations are also subject to the U.S. Fair Labor Standards Act, which governs such matters as minimum wages, overtime and other working conditions, family leave mandates and a variety of similar state laws that govern these and other employment law matters. The compliance costs associated with these laws and evolving regulations could be substantial.

We also face risks from new or changing laws and regulations relating to nutritional content, nutritional labeling, product safety and menu labeling regulation. Compliance with these laws and regulations can be costly and can increase our exposure to litigation or governmental investigations or proceedings. In addition, we are subject to laws relating to information security, privacy, cashless payments and consumer credit, protection and fraud, and any failure or perceived failure to comply with those laws could harm our reputation or lead to litigation, which could adversely affect our financial condition.

*We may not attain our target development goals.*

We are pursuing a disciplined growth strategy, which, to be successful, will depend in large part on our ability and the ability of our franchisees to upgrade existing restaurants and open new restaurants, and to operate these restaurants on a profitable basis. We cannot guarantee that we, or our franchisees, will be able to achieve our expansion goals or that new, upgraded or converted restaurants will be operated profitably. Further, there is no assurance that any restaurant we open or convert will obtain operating results similar to those of our existing restaurants. The success of our planned expansion will depend upon numerous factors, many of which are beyond our control.

Our growth strategy depends in large part on our ability to increase our net restaurant count in our international markets. Risks which could impact our ability to increase our net restaurant count include prevailing economic conditions and our, or our franchisees', ability to obtain suitable restaurant locations, obtain required permits and approvals and hire and train qualified personnel.

*The retail food industry in which we operate is highly competitive.*

The retail food industry in which we operate is highly competitive with respect to price and quality of food products, new product development, price, advertising levels and promotional initiatives, customer service, reputation, restaurant location, and attractiveness and maintenance of properties. If consumer preferences change, or our restaurants are unable to compete successfully with other retail food outlets in new and existing markets, our business could be adversely

affected. In the retail food industry, labor is a primary operating cost component. Competition for qualified employee could also require us to pay higher wages to attract a sufficient number of employees. In addition, our success depends t a significant extent on numerous factors affecting discretionary consumer spending, including economic condition disposable consumer income and consumer confidence. Adverse changes in these factors could reduce guest traffic c impose practical limits on pricing, either of which could harm our results of operations.

## Item 1B.        Unresolved Staff Comments.

The Company has received no written comments regarding its periodic or current reports from the staff of the Securitie and Exchange Commission that were issued 180 days or more preceding the end of its 2007 fiscal year and that remai unresolved.

## Item 2.        Properties.

As of year end 2007, the Company owned more than 1,600 units and leased land, building or both in more than 6,00 units worldwide. These units are further detailed as follows:

- The Company owned more than 1,300 units and leased land, building or both in more than 2,500 units in the U.S.
- The International Division owned more than 200 units and leased land, building or both in more than 1,300 units.
- The China Division leased land, building or both in more than 2,000 units.

Company restaurants in the U.S. which are not owned are generally leased for initial terms of 15 or 20 years and generall have renewal options; however, Pizza Hut delivery/carryout units in the U.S. generally are leased for significantly shorte initial terms with short renewal options. Company restaurants in the International Division which are not owned hav initial lease terms and renewal options that vary by country. Company restaurants in the China Division are generall leased for initial terms of 10 to 15 years and generally do not have renewal options. Historically, the Company has eithe been able to renew its China Division leases or enter into competitive leases at replacement sites without significar impact on our operations, cash flows or capital resources. The Company generally does not lease or sub-lease units that owns or leases to franchisees.

Pizza Hut and YRI lease their corporate headquarters and a research facility in Dallas, Texas. Taco Bell leases it corporate headquarters and research facility in Irvine, California. KFC owns its and LJS's, A&W's and YUM's corporat headquarters and a research facility in Louisville, Kentucky. In addition, YUM leases office facilities for certain suppor groups in Louisville, Kentucky. The China Division leases their corporate headquarters and research facilities i Shanghai, China. Additional information about the Company's properties is included in the Consolidated Financia Statements and footnotes in Part II, Item 8, pages 49 through 101.

The Company believes that its properties are generally in good operating condition and are suitable for the purposes for which they are being used.

## Item 3.        Legal Proceedings.

The Company is subject to various claims and contingencies related to lawsuits, real estate, environmental and othe matters arising in the normal course of business. The Company believes that the ultimate liability, if any, in excess c amounts already provided for these matters in the Consolidated Financial Statements, is not likely to have a materia adverse effect on the Company's annual results of operations, financial condition or cash flows. The following is a brie description of the more significant of the categories of lawsuits and other matters we face from time to time. Descriptior of specific claims and contingencies appear in Note 22, Guarantees, Commitments and Contingencies, to the Consolidate Financial Statements included in Part II, Item 8.

## Franchising

A substantial number of the restaurants of each of the Concepts are franchised to independent businesses operating under arrangements with the Concepts. In the course of the franchise relationship, occasional disputes arise between the Company and its Concepts' franchisees relating to a broad range of subjects, including, without limitation, quality, service, and cleanliness issues, contentions regarding grants, transfers or terminations of franchises, territorial disputes and delinquent payments.

## Suppliers

The Company, through approved distributors, purchases food, paper, equipment and other restaurant supplies from numerous independent suppliers throughout the world. These suppliers are required to meet and maintain compliance with the Company's standards and specifications. On occasion, disputes arise between the Company and its suppliers on a number of issues, including, but not limited to, compliance with product specifications and terms of procurement and service requirements.

## Employees

At any given time, the Company or its affiliates employ hundreds of thousands of persons, primarily in its restaurants. In addition, each year thousands of persons seek employment with the Company and its restaurants. From time to time, disputes arise regarding employee hiring, compensation, termination and promotion practices.

Like other retail employers, the Company has been faced in a few states with allegations of purported class-wide wage and hour and other labor law violations.

## Customers

The Company's restaurants serve a large and diverse cross-section of the public and in the course of serving so many people, disputes arise regarding products, service, accidents and other matters typical of large restaurant systems such as those of the Company.

## Intellectual Property

The Company has registered trademarks and service marks, many of which are of material importance to the Company's business. From time to time, the Company may become involved in litigation to defend and protect its use and ownership of its registered marks.

**Item 4.        Submission of Matters to a Vote of Security Holders.**

No matters were submitted to a vote of shareholders during the fourth quarter of 2007.

**Executive Officers of the Registrant**

The executive officers of the Company as of February 18, 2008, and their ages and current positions as of that date are as follows:

**David C. Novak**, 55, is Chairman of the Board, Chief Executive Officer and President of YUM. He has served in this position since January 2001. From December 1999 to January 2001, Mr. Novak served as Vice Chairman of the Board, Chief Executive Officer and President of YUM. From October 1997 to December 1999, he served as Vice Chairman and President of YUM. Mr. Novak previously served as Group President and Chief Executive Officer, KFC and Pizza Hut from August 1996 to July 1997.

**Richard T. Carucci**, 50, is Chief Financial Officer of YUM. He has served in this position since March 2005. From October 2004 to February 2005, he served as Senior Vice President, Finance and Chief Financial Officer – Designate of YUM. From May 2003 to October 2004, he served as Executive Vice President and Chief Development Officer of YRI. From November 2002 to May 2003, he served as Senior Vice President for YRI and also assisted Pizza Hut in asset strategy development. From November 1999 to July 2002, he was Chief Financial Officer of YRI.

**Peter R. Hearl**, 56, is Chief Operating and Development Officer of YUM. He has served in this position since December 2006. From December 2002 to November 2006, he served as President and Chief Concept Officer of Pizza Hut. From January 2002 to November 2002, he was Chief People Officer and Executive Vice President of YUM. Mr. Hearl intends to retire from the Company at the end of March 2008.

**Christian L. Campbell**, 57, is Senior Vice President, General Counsel, Secretary and Chief Franchise Policy Officer of YUM. He has served as Senior Vice President, General Counsel and Secretary since September 1997. In January 2003 his title and job responsibilities were expanded to include Chief Franchise Policy Officer.

**Jonathan D. Blum**, 49, is Senior Vice President – Public Affairs for YUM. He has served in this position since July 1997.

**Anne P. Byerlein**, 49, is Chief People Officer of YUM. She has served in this position since December 2002. From October 1997 to December 2002, she was Vice President of Human Resources of YUM. From October 2000 to December 2002, she also served as KFC's Chief People Officer.

**Ted F. Knopf**, 56, is Senior Vice President Finance and Corporate Controller of YUM. He has served in this position since April 2005. From September 2001 to April 2005, Mr. Knopf served as Vice President of Corporate Planning and Strategy of YUM.

**Emil J. Brolick**, 60, is President of U.S. Brand Building. He has served in this position since December 2006. Prior to this position, he served as President and Chief Concept Officer of Taco Bell, a position he held from July 2000 to November 2006. Prior to joining Taco Bell, Mr. Brolick served as Senior Vice President of New Product Marketing, Research & Strategic Planning for Wendy's International, Inc. from August 1995 to July 2000.

**Gregg R. Dedrick**, 48, is President and Chief Concept Officer of KFC. He has served in this position since September 2003. From January 2002 to September 2003, Mr. Dedrick acted as a Strategic Advisor to YUM while serving as Chief Administrative Officer of his church, which is one of the ten largest churches in the United States. From July 1997 to January 2002, he served as Chief People Officer of YUM and Executive Vice President of People and Shared Services.

EX. 1
Page 14

**Scott O. Bergren**, 61, is President and Chief Concept Officer of Pizza Hut.  He has served in this position since November 2006.  Prior to this position, he served as Chief Marketing officer of KFC and YUM from August 2003 to November 2006.  From September 2002 until July 2003, he was the Executive Vice President, Marketing and Chief Concept Officer for YUM Restaurants International, Inc.  From April 2002 until September 2002, he was Senior Vice President New Concepts for YUM Restaurants International, Inc.  From June 1995 until 2002, he was Chief Executive Officer of Chevy's Mexican Restaurants, Inc.

**Greg Creed**, 50, is President and Chief Concept Officer of Taco Bell. He has served in this position since December 2006.  Prior to this position, Mr. Creed served as Chief Operating Officer of YUM from December 2005 to November 2006.  Mr. Creed served as Chief Marketing Officer of Taco Bell from July 2001 to October 2005.

**Graham D. Allan**, 52, is the President of YRI. He has served in this position since November 2003.  Immediately prior to this position he served as Executive Vice President of YRI.  From December 2000 to May 2003, Mr. Allan was the Managing Director of YRI.

**Samuel Su**, 55, is the President of YUM Restaurants China.  He has served in this position since 1997.  Prior to this, he was the Vice President of North Asia for both KFC and Pizza Hut.  Mr. Su started his career with YUM in 1989 as KFC International's Director of Marketing for the North Pacific area.

Executive officers are elected by and serve at the discretion of the Board of Directors.

**PART II**

Item 5.      **Market for the Registrant's Common Stock, Related Stockholder Matters and Issuer Purchases of Equity Securities.**

The Company's Common Stock trades under the symbol YUM and is listed on the New York Stock Exchange ("NYSE". The following sets forth the high and low NYSE composite closing sale prices by quarter for the Company's Commo Stock and dividends per common share.  All per share and share amounts herein have been adjusted for the two-for-on stock split on June 26, 2007.

| 2007 | | | | |
|---|---|---|---|---|
| Quarter | High | Low | Dividends Declared | Dividends Paid |
| First | $ 31.03 | $ 27.69 | $ — | $ 0.075 |
| Second | 34.37 | 28.85 | 0.15 | 0.15 |
| Third | 34.80 | 29.62 | — | 0.15 |
| Fourth | 40.27 | 31.45 | 0.30 | 0.15 |

| 2006 | | | | |
|---|---|---|---|---|
| Quarter | High | Low | Dividends Declared | Dividends Paid |
| First | $ 25.59 | $ 23.38 | $ 0.0575 | $ 0.0575 |
| Second | 26.84 | 23.83 | 0.075 | 0.0575 |
| Third | 25.96 | 22.47 | — | 0.075 |
| Fourth | 31.74 | 25.59 | 0.30 | 0.075 |

In 2006, the Company declared one cash dividend of $0.0575 per share of Common Stock, three cash dividends of $0.07: per share of Common Stock and one cash dividend of $0.15 per share of Common Stock.  In 2007, the Company declare three cash dividends of $0.15 per share of Common Stock, one of which had a distribution date of February 1, 2008.  The Company is targeting an annual dividend payout ratio of 35% to 40% of net income.

As of February 18, 2008, there were approximately 85,000 registered holders of record of the Company's Common Stock

The Company had no sales of unregistered securities during 2007, 2006 or 2005.

16

Issuer Purchases of Equity Securities

The following table provides information as of December 29, 2007 with respect to shares of Common Stock repurchased by the Company during the quarter then ended:

| Fiscal Periods | Total number of shares purchased | Average price paid per share | Total number of shares purchased as part of publicly announced plans or programs | Approximate dollar value of shares that may yet be purchased under the plans or programs |
|---|---|---|---|---|
| Period 10 | | | | |
| 9/9/07 – 10/6/07 | 4,140,000 | $    33.56 | 4,140,000 | $    26,137,093 |
| Period 11 | | | | |
| 10/7/07 – 11/3/07 | 5,706,777 | $    38.37 | 5,706,777 | $    1,057,158,754 |
| Period 12 | | | | |
| 11/4/07 – 12/1/07 | 3,958,428 | $    37.87 | 3,958,428 | $    907,256,535 |
| Period 13 | | | | |
| 12/2/07 – 12/29/07 | 2,468,063 | $    38.24 | 2,468,063 | $    812,876,870 |
| Total | 16,273,268 | $    37.01 | 16,273,268 | $    812,876,870 |

In March 2007, our Board of Directors authorized additional share repurchases, through March 2008, of up to an additional $500 million (excluding applicable transaction fees) of our outstanding Common Stock. For the quarter ended December 29, 2007, approximately 4.9 million shares were repurchased under this authorization. This authorization was completed during the quarter.

In October 2007, our Board of Directors authorized additional share repurchases, through October 2008, of up to an additional $1.25 billion (excluding applicable transaction fees) of our outstanding Common Stock. For the quarter ended December 29, 2007, approximately 11.4 million shares were repurchased under this authorization.

In January 2008, our Board of Directors authorized additional share repurchases, through January 2009, of up to an additional $1.25 billion (excluding applicable transaction fees) of our outstanding Common Stock.

<u>**Stock Performance Graph**</u>

This graph compares the cumulative total return of our Common Stock to the cumulative total return of the S&P 500 Stock Index and the S&P 500 Consumer Discretionary Sector, a peer group that includes YUM, for the period from December 27, 2002 to December 28, 2007, the last trading day of our 2007 fiscal year. The graph assumes that the value of the investment in our Common Stock and each index was $100 at December 27, 2002 and that all dividends were reinvested.



|  | 12/27/02 | 12/26/03 | 12/23/04 | 12/30/05 | 12/29/06 | 12/28/07 |
|---|---|---|---|---|---|---|
| YUM! | $ 100 | $ 140 | $ 193 | $ 197 | $ 250 | $ 333 |
| S&P 500 | $ 100 | $ 125 | $ 138 | $ 143 | $ 162 | $ 169 |
| S&P Consumer Discretionary | $ 100 | $ 137 | $ 153 | $ 144 | $ 169 | $ 145 |

**Item 6.        Selected Financial Data.**

Selected Financial Data

YUM! Brands, Inc. and Subsidiaries

(in millions, except per share and unit amounts)

| | Fiscal Year | | | | |
|---|---|---|---|---|---|
| | 2007 | 2006 | 2005 | 2004 | 2003 |
| **Summary of Operations** | | | | | |
| Revenues | | | | | |
| Company sales | $ 9,100 | $ 8,365 | $ 8,225 | $ 7,992 | $ 7,441 |
| Franchise and license fees | 1,316 | 1,196 | 1,124 | 1,019 | 939 |
| Total | 10,416 | 9,561 | 9,349 | 9,011 | 8,380 |
| Closures and impairment expenses[a] | (35) | (59) | (62) | (38) | (40) |
| Refranchising gain (loss)[a] | 11 | 24 | 43 | 12 | 4 |
| Operating profit[b] | 1,357 | 1,262 | 1,153 | 1,155 | 1,059 |
| Interest expense, net | 166 | 154 | 127 | 129 | 173 |
| Income before income taxes and cumulative effect of accounting change | 1,191 | 1,108 | 1,026 | 1,026 | 886 |
| Income before cumulative effect of accounting change | 909 | 824 | 762 | 740 | 618 |
| Cumulative effect of accounting change, net of tax[c] | — | — | — | — | (1) |
| Net income | 909 | 824 | 762 | 740 | 617 |
| Basic earnings per common share | 1.74 | 1.51 | 1.33 | 1.27 | 1.05 |
| Diluted earnings per common share | 1.68 | 1.46 | 1.28 | 1.21 | 1.01 |
| **Cash Flow Data** | | | | | |
| Provided by operating activities | $ 1,567 | $ 1,299 | $ 1,233 | $ 1,186 | $ 1,099 |
| Capital spending, excluding acquisitions | 742 | 614 | 609 | 645 | 663 |
| Proceeds from refranchising of restaurants | 117 | 257 | 145 | 140 | 92 |
| Repurchase shares of Common Stock | 1,410 | 983 | 1,056 | 569 | 278 |
| Dividends paid on common shares | 273 | 144 | 123 | 58 | — |
| **Balance Sheet** | | | | | |
| Total assets | $ 7,242 | $ 6,368 | $ 5,797 | $ 5,696 | $ 5,620 |
| Long-term debt | 2,924 | 2,045 | 1,649 | 1,731 | 2,056 |
| Total debt | 3,212 | 2,272 | 1,860 | 1,742 | 2,066 |
| **Other Data** | | | | | |
| Number of stores at year end | | | | | |
| Company | 7,625 | 7,736 | 7,587 | 7,743 | 7,854 |
| Unconsolidated Affiliates | 1,314 | 1,206 | 1,648 | 1,662 | 1,512 |
| Franchisees | 24,297 | 23,516 | 22,666 | 21,858 | 21,471 |
| Licensees | 2,109 | 2,137 | 2,376 | 2,345 | 2,362 |
| System | 35,345 | 34,595 | 34,277 | 33,608 | 33,199 |
| U.S. Company same store sales growth[d] | (3)% | — | 4% | 3% | — |
| International Division system sales growth[e] | | | | | |
| Reported | 15% | 7% | 9% | 14% | 13% |
| Local currency[f] | 10% | 7% | 6% | 6% | 5% |
| China Division system sales growth[e] | | | | | |
| Reported | 31% | 26% | 13% | 23% | 23% |
| Local currency[f] | 24% | 23% | 11% | 23% | 23% |
| Shares outstanding at year end[g] | 499 | 530 | 556 | 581 | 583 |
| Cash dividends declared per common share[g] | $ 0.45 | $ 0.4325 | $ 0.2225 | $ 0.15 | $ — |
| Market price per share at year end[g] | $ 38.54 | $ 29.40 | $ 23.44 | $ 23.14 | $ 16.82 |

Fiscal years 2007, 2006, 2004 and 2003 include 52 weeks and fiscal year 2005 includes 53 weeks.

Fiscal years 2007, 2006 and 2005 include the impact of the adoption of Statement of Financial Accounting Standard ("SFAS") No. 123R (Revised 2004), "Share Based Payment," ("SFAS 123R"). This resulted in a $37 million, $39 million and $38 million decrease in net income, for 2007, 2006 and 2005, respectively. This translates to a decrease of $0.07 to both basic and diluted earnings per share for 2007 and 2006, and a decrease of $0.07 and $0.06 to basic and diluted earnings per share, respectively, for 2005. If SFAS 123R had been effective for prior years presented, both reported basic and diluted earnings per share would have decreased $0.06 for 2004 and 2003 consistent with previously disclosed pro-forma information.

The selected financial data should be read in conjunction with the Consolidated Financial Statements and the Note thereto.

(a)   See Note 5 to the Consolidated Financial Statements for a description of Closures and Impairment Expenses and Refranchising Gain (Loss) in 2007, 2006 and 2005.

(b)   Fiscal years 2007, 2006, 2005, 2004 and 2003 included $11 million income, $1 million income, $4 million income, $30 million income and $16 million expense, respectively, related to Wrench litigation and AmeriServe. The Wrench litigation relates to a lawsuit against Taco Bell Corporation, which was settled in 2004, including financial recoveries from settlements with insurance carriers. Amounts related to AmeriServe are the result of cash recoveries related to the AmeriServe bankruptcy reorganization process for which we incurred significant expense in years prior to those presented here (primarily 2000). AmeriServe was formerly our primary distributor of food and paper supplies to our U.S. stores.

(c)   Fiscal year 2003 includes the impact of the adoption of SFAS No. 143, "Accounting for Asset Retirement Obligations," which addresses the financial accounting and reporting for legal obligations associated with the retirement of long-lived assets and the associated asset retirement costs.

(d)   U.S. Company same-store sales growth only includes the results of Company owned KFC, Pizza Hut and Taco Bell restaurants that have been open one year or more. U.S. same store sales for Long John Silver's and A&W restaurants are not included given the relative insignificance of the Company stores for these brands and the limited impact they currently have and will have in the future, on our U.S. same store sales, as well as our overall U.S. performance.

(e)   International Division and China Division system sales growth includes the results of all restaurants regardless of ownership, including Company owned, franchise, unconsolidated affiliate and license restaurants. Sales of franchise, unconsolidated affiliate and license restaurants generate franchise and license fees for the Company (typically at a rate of 4% to 6% of sales). Franchise, unconsolidated affiliate and license restaurant sales are not included in Company sales we present on the Consolidated Statements of Income; however, the fees are included in the Company's revenues. We believe system sales growth is useful to investors as a significant indicator of the overall strength of our business as it incorporates all our revenue drivers, Company and franchise same store sales as well as net unit development. Additionally, we began reporting information for our international business in two separate operating segments (the International Division and the China Division) in 2005 as a result of changes in our management structure. Segment information for periods prior to 2005 has been restated to reflect this reporting.

(f)   Local currency represents the percentage change excluding the impact of foreign currency translation. These amounts are derived by translating current year results at prior year average exchange rates. We believe the elimination of the foreign currency translation impact provides better year-to-year comparability without the distortion of foreign currency fluctuations.

(g)   Adjusted for the two for one stock split on June 26, 2007. See Note 3 to the Consolidated Financial Statements.

EX. 1
Page 20

**Item 7.**   **Management's Discussion and Analysis of Financial Condition and Results of Operations.**

**Introduction and Overview**

The following Management's Discussion and Analysis ("MD&A"), should be read in conjunction with the Consolidated Financial Statements on pages 52 through 55 ("Financial Statements") and the Cautionary Statements on pages 47 through 48. Throughout the MD&A, YUM! Brands, Inc. ("YUM" or the "Company") makes reference to certain performance measures as described below.

- The Company provides the percentage changes excluding the impact of foreign currency translation. These amounts are derived by translating current year results at prior year average exchange rates. We also provide the percentage changes excluding the extra week that certain of our businesses had in fiscal year 2005. We believe the elimination of the foreign currency translation and the 53rd week impact provides better year-to-year comparability without the distortion of foreign currency fluctuations or an extra week in fiscal year 2005.

- System sales growth includes the results of all restaurants regardless of ownership, including Company-owned, franchise, unconsolidated affiliate and license restaurants. Sales of franchise, unconsolidated affiliate and license restaurants generate franchise and license fees for the Company (typically at a rate of 4% to 6% of sales). Franchise, unconsolidated affiliate and license restaurant sales are not included in Company sales on the Consolidated Statements of Income; however, the franchise and license fees are included in the Company's revenues. We believe system sales growth is useful to investors as a significant indicator of the overall strength of our business as it incorporates all of our revenue drivers, Company and franchise same store sales as well as net unit development.

- Worldwide same store sales is the estimated growth in sales of all restaurants that have been open one year or more. U.S. Company same store sales include only KFC, Pizza Hut and Taco Bell Company owned restaurants that have been open one year or more. U.S. same store sales for Long John Silver's and A&W restaurants are not included given the relative insignificance of the Company stores for these brands and the limited impact they currently have, and will have in the future, on our U.S. same store sales as well as our overall U.S. performance.

- Company restaurant margin as a percentage of sales is defined as Company sales less expenses incurred directly by our Company restaurants in generating Company sales divided by Company sales.

All Note references herein refer to the Notes to the Financial Statements on pages 56 through 101. Tabular amounts are displayed in millions except per share and unit count amounts, or as otherwise specifically identified. All per share and share amounts herein, and in the accompanying Financial Statements and Notes to the Financial Statements have been adjusted to reflect the June 26, 2007 stock split (see Note 3).

Description of Business

YUM is the world's largest restaurant company in terms of system restaurants with over 35,000 restaurants in more than 100 countries and territories operating under the KFC, Pizza Hut, Taco Bell, Long John Silver's or A&W All-American Food Restaurants brands. Four of the Company's restaurant brands – KFC, Pizza Hut, Taco Bell and Long John Silver's – are the global leaders in the chicken, pizza, Mexican-style food and quick-service seafood categories, respectively. Of the over 35,000 restaurants, 22% are operated by the Company, 72% are operated by franchisees and unconsolidated affiliates and 6% are operated by licensees.

YUM's business consists of three reporting segments: United States, the International Division and the China Division. The China Division includes mainland China, Thailand and KFC Taiwan and the International Division includes the remainder of our international operations. The China and International Divisions have been experiencing dramatic growth and now represent over half of the Company's operating profits. The U.S. business operates in a highly competitive marketplace resulting in slower profit growth, but continues to produce strong cash flows.

Strategies

The Company continues to focus on four key strategies:

Build Leading Brands in China in Every Significant Category – The Company has developed the KFC and Pizza Hut brands into the leading quick service and casual dining restaurants, respectively, in mainland China. Additionally, the Company owns and operates the distribution system for its restaurants in mainland China which we believe provides a significant competitive advantage. Given this strong competitive position, a rapidly growing economy and a population of 1.3 billion in mainland China, the Company is rapidly adding KFC and Pizza Hut Casual Dining restaurants and testing the additional restaurant concepts of Pizza Hut Home Service (pizza delivery) and East Dawning (Chinese food). Our ongoing earnings growth model includes annual system-sales growth of 20% in mainland China driven by at least 425 new restaurants each year, which we expect to drive annual operating profit growth of 20% in the China Division.

Drive Aggressive International Expansion and Build Strong Brands Everywhere – The Company and its franchisees opened over 850 new restaurants in 2007 in the Company's International Division, representing 8 straight years of opening over 700 restaurants. The International Division generated $480 million in operating profit in 2007 up from $186 million in 1998. The Company expects to continue to experience strong growth by building out existing markets and growing in new markets including India, France, Russia, Vietnam and Africa. Our ongoing earnings growth model includes annual operating profit growth of 10% driven by 750 new restaurant openings annually for the International Division. New unit development is expected to contribute to system sales growth of at least 5% (3% to 4% unit growth and 2% to 3% same store sales growth) each year.

Dramatically Improve U.S. Brand Positions, Consistency and Returns – The Company continues to focus on improving its U.S. position through differentiated products and marketing and an improved customer experience. The Company also strives to provide industry leading new product innovation which adds sales layers and expands day parts. We are the leader in multibranding, with nearly 3,700 restaurants providing customers two or more of our brands at a single location. We continue to evaluate our returns and ownership positions with an earn the right to own philosophy on Company owned restaurants. Our ongoing earnings growth model calls for annual operating profit growth of 5% in the U.S. with same store sales growth of 2% to 3% and leverage of our General and Administrative ("G&A") infrastructure.

Drive Industry-Leading, Long-Term Shareholder and Franchisee Value – The Company is focused on delivering high returns and returning substantial cash flows to its shareholders via share repurchases and dividends. The Company has one of the highest returns on invested capital in the Quick Service Restaurants ("QSR") industry. Additionally, 2007 was the third consecutive year in which the Company returned over $1.1 billion to its shareholders through share repurchases and dividends. The Company is targeting an annual dividend payout ratio of 35% to 40% of net income.

2007 Highlights

- Diluted earnings per share of $1.68 or 15% growth.

- Worldwide system sales growth of 8% driven by new-unit growth in mainland China and the International Division.

- Worldwide same store sales growth of 3% and operating profit growth of 8%.

- Double digit operating profit growth of 30% from the China Division and 18% from the International Division, offsetting a 3% decline in the U.S.

- Effective tax rate of 23.7%.

- Payout to shareholders of $1.7 billion through share repurchases and dividends, with repurchases helping to reduce our diluted share count by a net 4%.

**Significant Known Events, Trends or Uncertainties Impacting or Expected to Impact Comparisons of Reported or Future Results**

The following factors impacted comparability of operating performance for the years ended December 29, 2007, December 30, 2006 and December 31, 2005 and could impact comparability with our results in 2008.

Mainland China Commodity Inflation

China Division restaurant margin as a percentage of sales declined to 20.1% during 2007 from 20.4% in 2006. This decline was driven by rising chicken costs in mainland China, which make up approximately 40% of mainland China's cost of food and paper, and higher restaurant labor costs in mainland China. Rising chicken costs are resulting from both lower than expected availability and increased demand in the market. The increased costs were partially offset in 2007 by strong same store sales growth, including the impact of menu pricing increases. In mainland China, we expect that high commodity inflation (including higher chicken costs) will continue into the first half of 2008 and moderate later in the year.

U.S. Restaurant Profit

Our resulting U.S. restaurant margin as a percentage of sales decreased 1.3 percentage points in 2007 and increased 0.8 percentage points in 2006. Our U.S. restaurant profit was impacted in 2007 and 2006 by several key events and trends. These include the negative impact on the Taco Bell business of adverse publicity related to a produce-sourcing issue in the fourth quarter of 2006 and an infestation issue in one franchise store in February 2007, fluctuations in commodity costs, and lower self-insured property and casualty insurance reserves.

Taco Bell experienced significant sales declines at both Company and franchise stores in the fourth quarter 2006 and for almost all of 2007, particularly in the northeast U.S. where both issues originated. For the full year 2007, Taco Bell's Company same store sales were down 5%. Taco Bell's Company same store sales were flat in the fourth quarter of 2007 and we believe that Taco Bell will fully recover from these issues. However, our experience has been that recoveries of this type vary in duration.

In 2007, we experienced significant increases in commodity costs resulting in approximately $44 million of commodity inflation. This inflation was primarily driven by meats and cheese products. We expect these unfavorable commodity trends to continue in 2008 resulting in commodity inflation of approximately 5% for the full year, with the majority of this impact seen in the first half of the year. In 2006, restaurant profits were positively impacted versus 2005 by a decline in commodity costs, principally meats and cheese, of approximately $45 million.

The sizeable February 2008 beef recall in the U.S. had no impact on our results though the impact, if any, on beef prices going forward is not yet known.

Self-insurance property and casualty insurance expenses were down $27 million versus the prior year in both 2007 and 2006, exclusive of the estimated reduction due to refranchising stores. The favorability in insurance expenses was the result of improved loss trends, which we believe are primarily driven by safety and claims handling procedures we implemented over time, as well as workers' compensation reforms at the state level. We anticipate that given the significant favorability in 2007, property and casualty expense in 2008 will be significantly higher in comparison. The increased expenses are currently expected to be most impactful to our second quarter of 2008.

Pizza Hut United Kingdom Acquisition

On September 12, 2006, we completed the acquisition of the remaining fifty percent ownership interest of our Pizza Hut United Kingdom ("U.K.") unconsolidated affiliate from our partner, paying approximately $178 million in cash, including transaction costs and net of $9 million of cash assumed. Additionally, we assumed the full liability, as opposed to our fifty percent share, associated with the Pizza Hut U.K.'s capital leases of $97 million and short-term borrowings of $23 million. This unconsolidated affiliate operated more than 500 restaurants in the U.K.

Prior to the acquisition, we accounted for our fifty percent ownership interest using the equity method of accounting. Thus, we reported our fifty percent share of the net income of the unconsolidated affiliate (after interest expense and income taxes) as Other (income) expense in the Consolidated Statements of Income. We also recorded a franchise fee for the royalty received from the stores owned by the unconsolidated affiliate. Since the date of the acquisition, we have reported Company sales and the associated restaurant costs, G&A expense, interest expense and income taxes associated with the restaurants previously owned by the unconsolidated affiliate in the appropriate line items of our Consolidated Statement of Income. We no longer record franchise fee income for the restaurants previously owned by the unconsolidated affiliate, nor do we report other income under the equity method of accounting. As a result of this acquisition, Company sales and restaurant profit increased $576 million and $59 million, respectively, franchise fees decreased $19 million and G&A expenses increased $33 million in the year ended December 29, 2007 compared to the year ended December 30, 2006. As a result of this acquisition, Company sales and restaurant profit increased $164 million and $16 million, respectively, franchise fees decreased $7 million and G&A expenses increased $8 million in the year ended December 30, 2006 compared to the year ended December 31, 2005. The impacts on operating profit and net income were not significant in either year.

Extra Week in 2005

Our fiscal calendar results in a 53rd week every five or six years. Fiscal year 2005 included a 53rd week in the fourth quarter for the majority of our U.S. businesses as well as our international businesses that report on a period, as opposed to a monthly, basis. In the U.S., we permanently accelerated the timing of the KFC business closing by one week in December 2005, and thus, there was no 53rd week benefit for this business. Additionally, all China Division businesses report on a monthly basis and thus did not have a 53rd week.

The following table summarizes the estimated increase (decrease) of the 53rd week on fiscal year 2005 revenues and operating profit:

| | U.S. | | International Division | | Unallocated | | Total | |
|---|---|---|---|---|---|---|---|---|
| Revenues | | | | | | | | |
| Company sales | $ | 58 | $ | 27 | $ | — | $ | 85 |
| Franchise and license fees | | 8 | | 3 | | — | | 11 |
| Total Revenues | $ | 66 | $ | 30 | $ | — | $ | 96 |
| Operating profit | | | | | | | | |
| Franchise and license fees | $ | 8 | $ | 3 | $ | — | $ | 11 |
| Restaurant profit | | 14 | | 5 | | — | | 19 |
| General and administrative expenses | | (2) | | (3) | | (3) | | (8) |
| Equity income from investments in unconsolidated affiliates | | — | | 1 | | — | | 1 |
| Operating profit | $ | 20 | $ | 6 | $ | (3) | $ | 23 |

Mainland China 2005 Business Issues

Our KFC business in mainland China was negatively impacted by the interruption of product offerings and negative publicity associated with a supplier ingredient issue experienced in late March 2005 as well as consumer concerns related to Avian Flu in the fourth quarter of 2005. As a result of the aforementioned issues, the China Division experienced system sales growth in 2005 of 11%, excluding foreign currency translation which was below our ongoing target of at least 22%. During the year ended December 30, 2006, the China Division recovered from these issues and achieved growth rates of 23% for both system sales and Company sales, both excluding foreign currency translation. During 2005, we entered into agreements with the supplier of the aforementioned ingredient. As a result, we recognized recoveries of approximately $24 million in Other income (expense) in our Consolidated Statement of Income for the year ended December 31, 2005.

Significant 2008 Gains and Charges

In 2008, we expect that our results of operations will be significantly impacted by several events, including the sale of our interest in our unconsolidated affiliate in Japan and refranchising gains and charges related to our U.S. business.

In December 2007, we sold our interest in our unconsolidated affiliate in Japan for $128 million in cash (includes the impact of related foreign currency contracts that were settled in December 2007). Our international subsidiary that owned this interest operates on a fiscal calendar with a period end that is approximately one month earlier than our consolidated period close. Thus, consistent with our historical treatment of events occurring during the lag period, the pre-tax gain on the sale of this investment of approximately $87 million will be recorded in the first quarter of 2008. We also anticipate pre-tax gains from refranchising in the U.S. of $20 million to $50 million in 2008. We expect, that together these gains will be partially offset by charges relating to G&A productivity initiatives and realignment of resources, as well as investments in our U.S. brands to drive stronger growth. The net impact of all of the aforementioned gains and charges is expected to generate approximately $50 million in operating profit in 2008.

While we will no longer have an ownership interest in the entity that operates both KFCs and Pizza Huts in Japan, it will continue to be a franchisee as it was when it operated as an unconsolidated affiliate. Excluding the one-time gain, we do not expect that the sale of our interest in our Japan unconsolidated affiliate will have a significant impact on our subsequently reported results of operations in 2008 and beyond as the Other income we recorded representing our share of earnings of the unconsolidated affiliate has historically not been significant ($4 million in 2007).

Future Tax Legislation – Mainland China

On March 16, 2007, the National People's Congress in mainland China enacted new tax legislation that went into effect on January 1, 2008. Upon enactment, which occurred in the China Division's 2007 second fiscal quarter, the deferred tax balances of all Chinese entities, including our unconsolidated affiliates, were adjusted. The impacts on our income tax provision and operating profit in the year ended December 29, 2007 were not significant. We currently estimate that these income tax rate changes will positively impact our 2008 net income between $10 million and $15 million compared to what it would have otherwise been had no new tax legislation been enacted.

Mexico Value Added Tax ("VAT") Exemption

On October 1, 2007, Mexico enacted new legislation that eliminated a tax ruling that allowed us to claim an exemption related to VAT payments. Beginning on January 1, 2008, we will be required to remit VAT on all Company restaurant sales resulting in lower Company sales and restaurant profit. As a result of this new legislation, we estimate that our 2008 International Division's Company sales and restaurant profit will be unfavorably impacted by approximately $38 million and $34 million, respectively. Additionally, the International Division's system sales growth and restaurant margin as a percentage of sales will be negatively impacted by approximately 0.3% and 1.2 percentage points, respectively.

China 2008 Reporting Issues

We have historically not consolidated an entity in China in which we have a majority ownership interest, instead accounting for the unconsolidated affiliate using the equity method of accounting. Our partners in this entity are essentially state-owned enterprises. We have not consolidated this entity due to the historical effective participation of our partners in the significant decisions of the entity that were made in the ordinary course of business as addressed in Emerging Issues Task Force ("EITF") Issue No. 96-16, "Investor's Accounting for an Investee When the Investor Has a Majority of the Voting Interest but the Minority Shareholder or Shareholders Have Certain Approval or Veto Rights" Concurrent with a decision that we made on January 1, 2008 regarding top management of the entity, we no longer believe that our partners effectively participate in the decisions that are made in the ordinary course of business. Accordingly, we will begin to consolidate this entity in 2008. The change will result in higher Company sales, restaurant profit, G&A expenses and Income tax provision, as well as lower franchise and license fees and Other income. Had this change occurred at the beginning of 2007, our China Division's Company sales, restaurant profit and G&A expenses would have increased approximately $227 million, $49 million and $5 million, respectively, and our franchise and license fees and Other income would have decreased $14 million and $13 million, respectively. The net impact of these changes and the resulting minority interest would have resulted in Operating profit increasing by $11 million with an offsetting increase in Income tax provision such that Net income would not have been impacted.

Store Portfolio Strategy

From time to time we sell Company restaurants to existing and new franchisees where geographic synergies can be obtained or where franchisees' expertise can generally be leveraged to improve our overall operating performance, while retaining Company ownership of restaurants of strategic U.S. and international markets. In the U.S., we are targeting Company ownership of restaurants potentially below 10% by year end 2010, down from its current level of 22%. Consistent with this strategy, 756 Company restaurants in the U.S. were sold to franchisees in 2006 and 2007. In the International Division, we expect to refranchise approximately 300 Pizza Huts in the U.K. over the next several years reducing our Pizza Hut Company ownership in that market from approximately 80% currently to approximately 40%. Refranchising reduce our reported revenues and restaurant profits and increase the importance of system sales growth as a key performance measure. Additionally, G&A expenses will decline over time as a result of these refranchising activities. The timing of such declines will vary and often lag the actual refranchising activities as the synergies are typically dependent upon the size and geography of the respective deals. G&A expenses included in the tables below reflect only direct G&A that we are no longer incurring as a result of stores that were operated by us for all or some of the respective previous year and were no longer operated by us as of the last day of the respective year.

The following table summarizes our worldwide refranchising activities:

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| Number of units refranchised | 420 | 622 | 382 |
| Refranchising proceeds, pre-tax | $ 117 | $ 257 | $ 145 |
| Refranchising net gains, pre-tax | $ 11 | $ 24 | $ 43 |

In addition to our refranchising program, from time to time we close restaurants that are poor performing, we relocate restaurants to a new site within the same trade area or we consolidate two or more of our existing units into a single unit

(collectively "store closures").  Store closure (income) costs includes the net of gain or loss on sales of real estate on which we formerly operated a Company restaurant that was closed, lease reserves established when we cease using a property under an operating lease and subsequent adjustments to those reserves, and other facility-related expenses from previously closed stores.

The following table summarizes worldwide Company store closure activities:

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| Number of units closed | 204 | 214 | 246 |
| Store closure (income) costs | $ (8) | $ (1) | $ — |

The impact on operating profit arising from refranchising and Company store closures is the net of (a) the estimated reductions in restaurant profit, which reflects the decrease in Company sales, and G&A expenses and (b) the estimated increase in franchise fees from the stores refranchised.  The amounts presented below reflect the estimated historical results from stores that were operated by us for all or some portion of the respective previous year and were no longer operated by us as of the last day of the respective year.  The amounts do not include results from new restaurants that we opened in connection with a relocation of an existing unit or any incremental impact upon consolidation of two or more of our existing units into a single unit.

The following table summarizes the estimated historical results of refranchising and Company store closures:

|  | 2007 | | | |
|---|---|---|---|---|
|  | U.S. | International Division | China Division | Worldwide |
| Decreased Company sales | $ (449) | $ (181) | $ (34) | $ (664) |
| Increased franchise and license fees | 20 | 9 | — | 29 |
| Decrease in total revenues | $ (429) | $ (172) | $ (34) | $ (635) |

|  | 2006 | | | |
|---|---|---|---|---|
|  | U.S. | International Division | China Division | Worldwide |
| Decreased Company sales | $ (377) | $ (136) | $ (22) | $ (535) |
| Increased franchise and license fees | 14 | 6 | — | 20 |
| Decrease in total revenues | $ (363) | $ (130) | $ (22) | $ (515) |

The following table summarizes the estimated impact on operating profit of refranchising and Company store closures:

|  | 2007 | | | |
|---|---|---|---|---|
|  | U.S. | International Division | China Division | Worldwide |
| Decreased restaurant profit | $ (39) | $ (7) | $ (4) | $ (50) |
| Increased franchise and license fees | 20 | 9 | — | 29 |
| Decreased general and administrative expenses | 7 | 3 | — | 10 |
| Increase (decrease) in operating profit | $ (12) | $ 5 | $ (4) | $ (11) |

| | 2006 | | | |
|---|---|---|---|---|
| | U.S. | International Division | China Division | Worldwide |
| Decreased restaurant profit | $ (38) | $ (5) | $ ---- | $ (43) |
| Increased franchise and license fees | 14 | 6 | — | 20 |
| Decreased general and administrative expenses | 1 | 1 | — | 2 |
| Increase (decrease) in operating profit | $ (23) | $ 2 | $ — | $ (21) |

**Results of Operations**

| | 2007 | % B/(W) vs. 2006 | 2006 | % B/(W) vs. 2005 |
|---|---|---|---|---|
| Company sales | $ 9,100 | 9 | $ 8,365 | 2 |
| Franchise and license fees | 1,316 | 10 | 1,196 | 7 |
| Total revenues | $ 10,416 | 9 | $ 9,561 | 2 |
| Company restaurant profit | $ 1,327 | 4 | $ 1,271 | 10 |
| | | | | |
| % of Company sales | 14.6% | (0.6) ppts. | 15.2% | 1.2 ppts |
| | | | | |
| Operating profit | 1,357 | 8 | 1,262 | 9 |
| Interest expense, net | 166 | (8) | 154 | (22) |
| Income tax provision | 282 | 1 | 284 | (7) |
| Net income | $ 909 | 10 | $ 824 | 8 |
| Diluted earnings per share[a] | $ 1.68 | 15 | $ 1.46 | 14 |

(a)    See Note 4 for the number of shares used in this calculation.

**Restaurant Unit Activity**

| Worldwide | Company | Unconsolidated Affiliates | Franchisees | Total Excluding Licensees[a][b] |
|---|---|---|---|---|
| Balance at end of 2005 | 7,587 | 1,648 | 22,666 | 31,901 |
| New Builds | 426 | 136 | 953 | 1,515 |
| Acquisitions | 556 | (541) | (15) | — |
| Refranchising | (622) | (1) | 626 | 3 |
| Closures | (214) | (33) | (675) | (922) |
| Other | 3 | (3) | (39) | (39) |
| Balance at end of 2006 | 7,736 | 1,206 | 23,516 | 32,458 |
| New Builds | 505 | 132 | 1,070 | 1,707 |
| Acquisitions | 9 | 6 | (14) | 1 |
| Refranchising | (420) | (6) | 426 | — |
| Closures | (204) | (24) | (706) | (934) |
| Other | (1) | — | 5 | 4 |
| Balance at end of 2007 | 7,625 | 1,314 | 24,297 | 33,236 |
| % of Total | 23% | 4% | 73% | 100% |

| United States | Company | Unconsolidated Affiliates | Franchisees | Total Excluding Licensees[a] |
|---|---|---|---|---|
| Balance at end of 2005 | 4,686 | — | 13,605 | 18,291 |
| New Builds | 99 | — | 235 | 334 |
| Acquisitions | — | — | — | — |
| Refranchising | (452) | — | 455 | 3 |
| Closures | (124) | — | (368) | (492) |
| Other | 3 | — | (22) | (19) |
| Balance at end of 2006 | 4,212 | — | 13,905 | 18,117 |
| New Builds | 87 | — | 262 | 349 |
| Acquisitions | 8 | — | (7) | 1 |
| Refranchising | (304) | — | 304 | — |
| Closures | (106) | — | (386) | (492) |
| Other | (1) | — | 3 | 2 |
| Balance at end of 2007 | 3,896 | — | 14,081 | 17,977 |
| % of Total | 22% | — | 78% | 100% |

| International Division | Company | Unconsolidated Affiliates | Franchisees | Total Excluding Licensees[a][b] |
|---|---|---|---|---|
| Balance at end of 2005 | 1,375 | 1,096 | 8,848 | 11,319 |
| New Builds | 47 | 35 | 703 | 785 |
| Acquisitions | 555 | (541) | (14) | — |
| Refranchising | (168) | (1) | 169 | — |
| Closures | (47) | (25) | (303) | (375) |
| Other | — | (3) | (16) | (19) |
| Balance at end of 2006 | 1,762 | 561 | 9,387 | 11,710 |
| New Builds | 54 | 18 | 780 | 852 |
| Acquisitions | 1 | 6 | (7) | — |
| Refranchising | (109) | (6) | 115 | — |
| Closures | (66) | (11) | (314) | (391) |
| Other | — | — | 2 | 2 |
| Balance at end of 2007 | 1,642 | 568 | 9,963 | 12,173 |
| % of Total | 13% | 5% | 82% | 100% |

| China Division | Company | Unconsolidated Affiliates | Franchisees | Total |
|---|---|---|---|---|
| Balance at end of 2005 | 1,526 | 552 | 213 | 2,291 |
| New Builds | 280 | 101 | 15 | 396 |
| Acquisitions | 1 | — | (1) | — |
| Refranchising | (2) | — | 2 | — |
| Closures | (43) | (8) | (4) | (55) |
| Other | — | — | (1) | (1) |
| Balance at end of 2006 | 1,762 | 645 | 224 | 2,631 |
| New Builds | 364 | 114 | 28 | 506 |
| Acquisitions | — | — | — | — |
| Refranchising | (7) | — | 7 | — |
| Closures | (32) | (13) | (6) | (51) |
| Other | — | — | — | — |
| Balance at end of 2007 | 2,087 | 746 | 253 | 3,086 |
| % of Total | 68% | 24% | 8% | 100% |

(a)     The Worldwide, U.S. and International Division totals exclude 2,109, 1,928 and 181 licensed units, respectively, at December 29, 2007. There are no licensed units in the China Division. Licensed units are generally units that offer limited menus and operate in non-traditional locations like malls, airports, gasoline service stations, convenience stores, stadiums and amusement parks where a full scale traditional outlet would not be practical or efficient. As licensed units have lower average unit sales volumes than our traditional units and our current strategy does not place a significant emphasis on expanding our licensed units, we do not believe that providing further detail of licensed unit activity provides significant or meaningful information.

(b)     The Worldwide and International Division totals at the end of 2007 exclude approximately 32 units from the 2006 acquisition of the Rostik's brand in Russia that have not yet been co-branded into Rostik's/KFC restaurants. The Rostik's units will be presented as franchisee new builds as the co-branding into Rostik's/KFC restaurants occurs.

Multibrand restaurants are included in the totals above. Multibrand conversions increase the sales and points of distribution for the second brand added to a restaurant but do not result in an additional unit count. Similarly, a new multibrand restaurant, while increasing sales and points of distribution for two brands, results in just one additional unit count. Franchise unit counts include both franchisee and unconsolidated affiliate multibrand units. Multibrand restaurant totals were as follows:

| 2007 | Company | Franchise | Total |
|---|---|---|---|
| United States | 1,750 | 1,949 | 3,699 |
| International Division | 6 | 284 | 290[a] |
| Worldwide | 1,756 | 2,233 | 3,989 |

| 2006 | Company | Franchise | Total |
|---|---|---|---|
| United States | 1,802 | 1,631 | 3,433 |
| International Division | 11 | 192 | 203 |
| Worldwide | 1,813 | 1,823 | 3,636 |

(a)    Includes 53 Pizza Hut Wing Street units that were not reflected as multibrand units at December 30, 2006.

For 2007 and 2006, Company multibrand unit gross additions were 86 and 212, respectively. For 2007 and 2006, franchise multibrand unit gross additions were 283 and 197, respectively. There are no multibrand units in the China Division.

**System Sales Growth**

| | Increase | | Increase excluding foreign currency translation | | Increase excluding foreign currency translation and 53rd week | |
|---|---|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 | 2007 | 2006 |
| United States | — | — | N/A | N/A | N/A | 1% |
| International Division | 15% | 7% | 10% | 7% | 10% | 9% |
| China Division | 31% | 26% | 24% | 23% | 24% | 23% |
| Worldwide | 8% | 4% | 6% | 4% | 6% | 5% |

The explanations that follow for system sales growth consider year over year changes excluding, where applicable, the impact of foreign currency translation and the 53rd week in fiscal year 2005.

The increases in International Division, China Division and Worldwide system sales in 2007 and 2006 were driven by new unit development and same store sales growth, partially offset by store closures.

In 2007 U.S. system sales were flat as new unit development was largely offset by store closures. The increase in U.S. system sales in 2006 was driven by new unit development and same store sales growth, partially offset by store closures.

**Revenues**

| | Amount | | % Increase (Decrease) | | % Increase (Decrease) excluding foreign currency translation | | % Increase (Decrease) excluding foreign currency translation and 53rd week | |
|---|---|---|---|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 | 2007 | 2006 | 2007 | 200 |
| Company sales | | | | | | | | |
| United States | $ 4,518 | $ 4,952 | (9) | (6) | N/A | N/A | N/A | (5 |
| International Division | 2,507 | 1,826 | 37 | 9 | 31 | 8 | 31 | 1( |
| China Division | 2,075 | 1,587 | 31 | 26 | 24 | 23 | 24 | 2: |
| Worldwide | 9,100 | 8,365 | 9 | 2 | 6 | 1 | 6 | : |
| | | | | | | | | |
| Franchise and license fees | | | | | | | | |
| United States | 679 | 651 | 4 | 3 | N/A | N/A | N/A | ∠ |
| International Division | 568 | 494 | 15 | 10 | 10 | 10 | 10 | 1: |
| China Division | 69 | 51 | 35 | 25 | 29 | 21 | 29 | 2: |
| Worldwide | 1,316 | 1,196 | 10 | 7 | 8 | 6 | 8 | ∀ |
| | | | | | | | | |
| Total revenues | | | | | | | | |
| United States | 5,197 | 5,603 | (7) | (5) | N/A | N/A | N/A | (4 |
| International Division | 3,075 | 2,320 | 33 | 9 | 26 | 9 | 26 | 1( |
| China Division | 2,144 | 1,638 | 31 | 26 | 24 | 23 | 24 | 2: |
| Worldwide | $ 10,416 | $ 9,561 | 9 | 2 | 6 | 2 | 6 | : |

The explanations that follow for revenue fluctuations consider year-over-year changes excluding, where applicable, the impact of foreign currency translation and the 53rd week in fiscal year 2005.

Excluding the favorable impact of the Pizza Hut U.K. acquisition, Worldwide Company sales decreased 1% in 2007. The decrease was driven by refranchising and store closures, partially offset by new unit development and same store sale growth. Excluding the favorable impact of the Pizza Hut U.K. acquisition, Worldwide Company sales were flat in 2006. Increases from new unit development and same store sales growth were offset by decreases in refranchising and stor closures.

Excluding the unfavorable impact of the Pizza Hut U.K. acquisition, Worldwide franchise and license fees increased 9% and 8% in 2007 and 2006, respectively. These increases were driven by new unit development, same store sales growth and refranchising, partially offset by store closures.

In 2007, the decrease in U.S. Company sales was driven by refranchising, same store sales declines and store closure: partially offset by new unit development. In 2006, the decrease in U.S. Company sales was driven by refranchising an store closures, partially offset by new unit development.

In 2007, U.S. Company same store sales were down 3% due to transaction declines partially offset by an increase i average guest check. In 2006, U.S. Company same store sales were flat as a decrease in transactions was offset by a increase in average guest check.

EX. 1
Page 32

In 2007, the increase in U.S. franchise and license fees was driven by refranchising and new unit development, partially offset by store closures. In 2006, the increase in U.S. franchise and license fees was driven by new unit development, refranchising and same store sales growth, partially offset by store closures.

Excluding the favorable impact of the Pizza Hut U.K. acquisition, International Division Company sales decreased 1% in 2007. The decrease was driven by refranchising and store closures, partially offset by same store sales growth and new unit development. Excluding the favorable impact of the Pizza Hut U.K. acquisition, International Division Company sales were flat in 2006. The impacts of refranchising and store closures were partially offset by new unit development and same store sales growth.

Excluding the unfavorable impact of the Pizza Hut U.K. acquisition, International Division franchise and license fees increased 14% and 13% in 2007 and 2006, respectively. The increases were driven by new unit development and same store sales, partially offset by store closures. 2007 was also favorably impacted by refranchising.

In 2007 and 2006, the increases in China Division Company sales and franchise and license fees were driven by new unit development and same store sales growth.

**Company Restaurant Margins**

| 2007 | U.S. | International Division | China Division | Worldwide |
|---|---|---|---|---|
| Company sales | 100.0% | 100.0% | 100.0% | 100.0% |
| Food and paper | 29.2 | 29.9 | 36.4 | 31.0 |
| Payroll and employee benefits | 30.5 | 26.1 | 13.2 | 25.3 |
| Occupancy and other operating expenses | 27.0 | 31.7 | 30.3 | 29.1 |
| Company restaurant margin | 13.3% | 12.3% | 20.1% | 14.6% |

| 2006 | U.S. | International Division | China Division | Worldwide |
|---|---|---|---|---|
| Company sales | 100.0% | 100.0% | 100.0% | 100.0% |
| Food and paper | 28.2 | 32.2 | 35.4 | 30.5 |
| Payroll and employee benefits | 30.1 | 24.6 | 12.9 | 25.6 |
| Occupancy and other operating expenses | 27.1 | 31.0 | 31.3 | 28.7 |
| Company restaurant margin | 14.6% | 12.2% | 20.4% | 15.2% |

| 2005 | U.S. | International Division | China Division | Worldwide |
|---|---|---|---|---|
| Company sales | 100.0% | 100.0% | 100.0% | 100.0% |
| Food and paper | 29.8 | 33.1 | 36.2 | 31.4 |
| Payroll and employee benefits | 30.2 | 24.1 | 13.3 | 26.4 |
| Occupancy and other operating expenses | 26.2 | 30.7 | 33.1 | 28.2 |
| Company restaurant margin | 13.8% | 12.1% | 17.4% | 14.0% |

In 2007, the decrease in U.S. restaurant margin as a percentage of sales was driven by the impact of higher commodity costs (primarily cheese and meats) and higher wage rates, due primarily to state minimum wage rate increases. The decrease was partially offset by the favorable impact of lower self-insured property and casualty insurance expense driven by improved loss trends, as well as the favorable impact on restaurant margin of refranchising and closing certain restaurants.

In 2006, the increase in U.S. restaurant margin as a percentage of sales was driven by the impact of lower commodity costs (primarily meats and cheese), the impact of same store sales on restaurant margin (due to higher average guest

check) and the favorable impact of lower self-insured property and casualty insurance expense. The increase was partiall
offset by higher occupancy and other costs, higher labor costs, primarily driven by wage rates and benefits, and th
lapping of the favorable impact of the 53rd week in 2005. The higher occupancy and other costs were driven by increase
advertising and higher utility costs.

In 2007, the increase in International Division restaurant margin as a percentage of sales was driven by the impact of sam
store sales growth on restaurant margin as well as the favorable impact of refranchising certain restaurants. The increas
was almost fully offset by higher labor costs (primarily wage rates) and the impact of lower margins associated with Pizz
Hut units in the U.K. which we now operate. As a percentage of sales, Pizza Hut U.K. restaurants negatively impacte
payroll and employee benefits and occupancy and other expenses and positively impacted food and paper.

In 2006, the increase in International Division restaurant margin as a percentage of sales was driven by the impact of sam
store sales growth on restaurant margin as well as the favorable impact of refranchising and closing certain restaurants
These increases were offset by higher labor costs and higher food and paper costs.

In 2007, the decrease in China Division restaurant margin as a percentage of sales was driven by higher commodity cost
(primarily chicken products), the impact of lower margins associated with new units during the initial periods of operatio
and higher labor costs. The decrease was partially offset by the impact of same store sales growth on restaurant margin.

In 2006, the increase in China Division restaurant margin as a percentage of sales was driven by the impact of same stor
sales growth on restaurant margin. The increase was partially offset by the impact of lower margins associated with nev
units during the initial periods of operations.

## Worldwide General and Administrative Expenses

G&A expenses increased 9% in 2007, including a 2% unfavorable impact of foreign currency translation. Excluding th
additional G&A expenses associated with acquiring the Pizza Hut U.K. business (which were previously netted withir
equity income prior to our acquisition of the remaining fifty percent of the business) and the unfavorable impact of foreigr
currency translation, G&A expense increased 4%. The increase was driven by higher annual incentive and othe
compensation costs, including amounts associated with strategic initiatives in China and other international growtl
markets.

G&A expenses increased 2% in 2006. The increase was primarily driven by higher compensation related costs, includinç
amounts associated with investments in strategic initiatives in China and other international growth markets, partiall
offset by lapping higher prior year litigation related costs. The net impact of the additional G&A expenses associatec
with acquiring the Pizza Hut U.K. business, the favorable impact of lapping the 53rd week in 2005 and the unfavorable
impact of foreign currency translation was not significant.

## Worldwide Other (Income) Expense

| | 2007 | 2006 | 2005 |
|---|---|---|---|
| Equity income from investments in unconsolidated affiliates | $ (51) | $ (51) | $ (51) |
| Gain upon sale of investment in unconsolidated affiliate [(a)] | (6) | (2) | (11) |
| Recovery from supplier [(b)] | — | — | (20) |
| Contract termination charge [(c)] | — | 8 | — |
| Wrench litigation income [(d)] | (11) | — | (2) |
| Foreign exchange net (gain) loss and other | (3) | (7) | — |
| Other (income) expense | $ (71) | $ (52) | $ (84) |

(a)    Fiscal years 2007 and 2006 reflects recognition of income associated with receipt of payments for a note receivable arising from the 2005 sale of our fifty percent interest in the entity that operated almost all KFCs and Pizza Huts in Poland and the Czech Republic to our then partner in the entity. Fiscal year 2005 reflects the gain recognized at the date of this sale.

(b)    Relates to a financial recovery from a supplier ingredient issue in mainland China totaling $24 million in 2005, $4 million of which was recognized through equity income from investments in unconsolidated affiliates.

(c)    Reflects an $8 million charge associated with the termination of a beverage agreement in the U.S. segment in 2006.

(d)    Fiscal years 2007 and 2005 reflect financial recoveries from settlements with insurance carriers related to a lawsuit settled by Taco Bell Corporation in 2004.

**Worldwide Closure and Impairment Expenses and Refranchising (Gain) Loss**

See the Store Portfolio Strategy section for more detail of our refranchising and closure activities and Note 5 for a summary of the components of facility actions by reportable operating segment.

**Operating Profit**

| | 2007 | 2006 | % Increase/(Decrease) 2007 | % Increase/(Decrease) 2006 |
|---|---|---|---|---|
| United States | $    739 | $    763 | (3) | — |
| International Division | 480 | 407 | 18 | 9 |
| China Division | 375 | 290 | 30 | 37 |
| Unallocated and corporate expenses | (257) | (229) | 12 | (7) |
| Unallocated other income (expense) | 9 | 7 | NM | NM |
| Unallocated refranchising gain (loss) | 11 | 24 | NM | NM |
| Operating profit | $  1,357 | $  1,262 | 8 | 9 |
| | | | | |
| United States operating margin | 14.2% | 13.6% | 0.6 ppts. | 0.8 ppts. |
| International Division operating margin | 15.6% | 17.6% | (2.0) ppts. | 0.1 ppts. |

Neither unallocated and corporate expenses, which comprise G&A expenses, nor unallocated refranchising gain (loss) are allocated to the U.S., International Division or China Division segments for performance reporting purposes. The increase in unallocated and corporate expenses in 2007 was driven by an increase in annual incentive compensation and project costs. The decrease in 2006 unallocated and corporate expenses was driven by the lapping of the unfavorable impact of 2005 litigation related costs.

U.S. operating profit decreased 3% in 2007. The decrease was driven by higher restaurant operating costs, principally commodities and labor, partially offset by lower G&A expenses, lower closure and impairment expenses and an increase in Other income.

Excluding the unfavorable impact of lapping the 53rd week in 2005, U.S. operating profit increased 3% in 2006. The increase was driven by the impact of same store sales on restaurant profit (due to higher average guest check) and franchise and license fees, new unit development and lower closures and impairment expenses. These increases were

partially offset by the unfavorable impact of refranchising, higher G&A expenses and a charge associated with th termination of a beverage agreement in 2006. The impact of lower commodity costs and lower property and casualt insurance expense on restaurant profit was largely offset by higher other restaurant costs, including labor, advertising an utilities.

International Division operating profit increased 18% in 2007 including a 6% favorable impact from foreign currenc translation. The increase was driven by the impact of same store sales growth and new unit development on restaurar profit and franchise and license fees. The increase was partially offset by higher G&A expenses (including expense which were previously netted within equity income prior to our acquisition of the remaining fifty percent of the Pizza Hu U.K. business) and higher restaurant operating costs.

Excluding the unfavorable impact of lapping the 53rd week in 2005, International Division operating profit increased 11% in 2006. The increase was driven by the impact of same store sales growth and new unit development on franchise an license fees and restaurant profit. These increases were partially offset by higher restaurant operating costs and lowe equity income from unconsolidated affiliates. Foreign currency translation did not have a significant impact.

China Division operating profit increased 30% in 2007 including a 7% favorable impact from foreign currency translation. The increase was driven by the impact of same store sales growth and new unit development on restaurant profit. The increase was partially offset by higher restaurant operating costs and G&A expenses.

China Division operating profit increased 37% in 2006 including a 4% favorable impact from foreign currency translation. The increase was driven by the impact of same store sales growth and new unit development on restaurant profit as well as an increase in equity income from our unconsolidated affiliates. These increases were partially offset by higher G&A expenses and the lapping of a prior year financial recovery from a supplier.

**Interest Expense, Net**

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| Interest expense | $ 199 | $ 172 | $ 147 |
| Interest income | (33) | (18) | (20) |
| Interest expense, net | $ 166 | $ 154 | $ 127 |

Net interest expense increased $12 million or 8% in 2007. The increase was driven by an increase in borrowings in 200% compared to 2006, partially offset by an increase in interest bearing cash equivalents in 2007 compared to 2006. Ne interest expense increased $27 million or 21% in 2006. The increase was driven by both an increase in interest rates or the variable rate portion of our debt and increased borrowings as compared to prior year.

**Income Taxes**

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| Reported |  |  |  |
| Income taxes | $ 282 | $ 284 | $ 264 |
| Effective tax rate | 23.7% | 25.6% | 25.8% |

The reconciliation of income taxes calculated at the U.S. federal tax statutory rate to our effective tax rate is set forth below:

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| U.S. federal statutory rate | 35.0% | 35.0% | 35.0% |
| State income tax, net of federal tax benefit | 1.0 | 2.0 | 1.6 |
| Foreign and U.S. tax effects attributable to foreign operations | (5.7) | (7.8) | (8.4) |
| Adjustments to reserves and prior years | 2.6 | (3.5) | (1.1) |
| Repatriation of foreign earnings | — | (0.4) | 2.0 |
| Non-recurring foreign tax credit adjustments | — | (6.2) | (1.7) |
| Valuation allowance additions (reversals) | (9.0) | 6.8 | (1.1) |
| Other, net | (0.2) | (0.3) | (0.5) |
| Effective income tax rate | 23.7% | 25.6% | 25.8% |

Our 2007 effective income tax rate was positively impacted by valuation allowance reversals. In December 2007, the Company finalized various tax planning strategies based on completing a review of our international operations, distributed a $275 million intercompany dividend and sold our interest in our Japan unconsolidated affiliate. As a result, in the fourth quarter of 2007, we reversed approximately $82 million of valuation allowances associated with foreign tax credit carryovers that we now believe are more likely than not to be claimed on future tax returns. In 2007, benefits associated with our foreign and U.S. tax effects attributable to foreign operations were negatively impacted by $36 million of expense associated with the $275 million intercompany dividend and approximately $20 million of expense for adjustments to our deferred tax balances as a result of the Mexico tax law change enacted during the fourth quarter of 2007. These negative impacts were partially offset by a higher percentage of our income being earned outside the U.S. Additionally, the effective tax rate was negatively impacted by the year-over-year change in adjustments to reserves and prior years.

Our 2006 effective income tax rate was positively impacted by the reversal of tax reserves in connection with our regular U.S. audit cycle as well as certain out-of-year adjustments to reserves and accruals that lowered our effective income tax rate by 2.2 percentage points. The reversal of tax reserves was partially offset by valuation allowance additions on foreign tax credits for which, as a result of the tax reserve reversals, we believed were not likely to be utilized before they expired. We also recognized deferred tax assets for the foreign tax credit impact of non-recurring decisions to repatriate certain foreign earnings in 2007. However, we provided full valuation allowances on such assets as we did not believe it was more likely than not that they would be realized at that time.

Our 2005 effective income tax rate was positively impacted by valuation allowance reversals for certain deferred tax assets whose realization became more likely than not as well as the recognition of certain non-recurring foreign tax credits we were able to substantiate in 2005. The impact of these items was partially offset by tax expense associated with our 2005 decision to repatriate approximately $390 million in qualified foreign earnings. These earnings were eligible for a dividends received deduction in accordance with the American Jobs Creation Act of 2004.

Adjustments to reserves and prior years include the effects of the reconciliation of income tax amounts recorded in our Consolidated Statements of Income to amounts reflected on our tax returns, including any adjustments to the Consolidated Balance Sheets. Adjustments to reserves and prior years also includes changes in tax reserves, including interest thereon, established for potential exposure we may incur if a taxing authority takes a position on a matter contrary to our position. We evaluate these reserves on a quarterly basis to insure that they have been appropriately adjusted for events, including audit settlements that we believe may impact our exposure.

**Consolidated Cash Flows**

**Net cash provided by operating activities** was $1,567 million compared to $1,299 million in 2006. The increase was primarily driven by higher net income, lower pension contributions and lower income tax payments in 2007.

In 2006, net cash provided by operating activities was $1,299 million compared to $1,233 million in 2005. The increase was driven by a higher net income, lower pension contributions and a 2006 partial receipt of the settlement related to the 2005 mainland China supplier ingredient issue. These factors were offset by higher income tax and interest payments in 2006.

**Net cash used in investing activities** was $432 million versus $476 million in 2006. The decrease was driven by the lapping of the acquisition of the remaining interest in our Pizza Hut U.K. unconsolidated affiliate in 2006 and proceeds from the sale of our interest in the Japan unconsolidated affiliate in December 2007, partially offset by the year over year change in proceeds from refranchising of restaurants and a 2007 increase in capital spending.

In December 2007, we sold our interest in our unconsolidated affiliate in Japan for $128 million (includes the impact of related foreign currency contracts that were settled in December 2007). The international subsidiary that owned this interest operates on a fiscal calendar with a period end that is approximately one month earlier than our consolidated period close. Thus, consistent with our historical treatment of events occurring during the lag period, the pre-tax gain on the sale of this investment of approximately $87 million will be recorded in the first quarter of 2008. However, the cash proceeds from this transaction were transferred from our international subsidiary to the U.S. in December 2007 and are thus reported on our Consolidated Statement of Cash Flows for the year ended December 29, 2007. The offset to this cash on our Consolidated Balance Sheet at December 29, 2007 is in accounts payable and other current liabilities.

In 2006, net cash used in investing activities was $476 million versus $345 million in 2005. The increase was driven by the 2006 acquisitions of the remaining interest in our Pizza Hut U.K. unconsolidated affiliate and the Rostik's brand and associated intellectual properties in Russia. The lapping of proceeds related to the 2005 sale of our fifty percent interest in our former Poland/Czech Republic unconsolidated affiliate also contributed to the increase. These factors were partially offset by an increase in proceeds from refranchising in 2006.

**Net cash used in financing activities** was $678 million versus $670 million in 2006. The increase was driven by higher share repurchases and higher dividend payments, partially offset by an increase in net borrowings.

In 2006, net cash used in financing activities was $670 million versus $827 million in 2005. The decrease was driven by an increase in net borrowings and lower share repurchases, partially offset by a reduction in the excess tax benefits from share-based compensation and higher dividend payments.

**Consolidated Financial Condition**

The increase in short-term borrowings at December 29, 2007 was primarily due to the classification of $250 million in Senior Unsecured Notes as short-term borrowings due to their May 2008 maturity date, partially offset by the repayment of two term-loans in the International Division during the year ended December 29, 2007. The increase in long-term debt was primarily due to the 2007 issuance of $600 million aggregate principal amount of 6.25% Senior Unsecured Notes that are due March 15, 2018 and $600 million aggregate principal amount of 6.875% Senior Unsecured Notes that are due November 15, 2037.

**Liquidity and Capital Resources**

Operating in the QSR industry allows us to generate substantial cash flows from the operations of our company stores and from our franchise operations, which require a limited YUM investment. In each of the last six fiscal years, net cash

provided by operating activities has exceeded $1 billion. We expect these levels of net cash provided by operating activities to continue in the foreseeable future. Additionally, we estimate that refranchising proceeds, prior to income taxes, will total at least $400 million in 2008. Our discretionary spending includes capital spending for new restaurants, acquisitions of restaurants from franchisees, repurchases of shares of our Common Stock and dividends paid to our shareholders. Unforeseen downturns in our business could adversely impact our cash flows from operations from the levels historically realized. However, we believe our ability to reduce discretionary spending and our borrowing capacity would allow us to meet our cash requirements in 2008 and beyond.

Discretionary Spending

During 2007, we invested $742 million in our businesses, including approximately $307 million in the U.S., $189 million for the International Division and $246 million for the China Division. For 2008, we estimate capital spending will be between $700 and $750 million.

We returned approximately $1.7 billion to our shareholders through share repurchases and quarterly dividends in 2007. This is the third straight year that we returned over $1.1 billion to our shareholders. Under the authority of our Board of Directors, we repurchased 41.8 million shares of our Common Stock for $1.4 billion during 2007. At December 29, 2007, we had remaining capacity to repurchase up to $813 million of our outstanding Common Stock (excluding applicable transaction fees) under an October 2007 authorization by our Board of Directors that allowed us to repurchase $1.25 billion of the Company's outstanding Common Stock (excluding applicable transaction fees) to be purchased through October 2008. Subsequent to the Company's year end, our Board of Directors authorized additional share repurchases of up to an additional $1.25 billion of the Company's outstanding Common Stock (excluding applicable transaction fees) to be purchased through January 2009.

In October 2007, the Company announced that we plan to substantially increase the amount of share buybacks over the next two years; buying back a total of up to $4 billion of the Company's outstanding Common Stock, helping to reduce our diluted share count by as much as 20%. Since the announcement of this plan, the Company has repurchased $437 million of our outstanding Common Stock through December 29, 2007. We expect this two-year share repurchase program will be funded by a combination of the Company's ongoing free cash flow, additional debt and refranchising proceeds. The completion of this plan will depend on the Company's cash flows, credit rating, proceeds from our refranchising efforts and availability of other investment opportunities, among other factors.

During the year ended December 29, 2007, we paid cash dividends of $273 million. Additionally, on November 16, 2007 our Board of Directors approved cash dividends of $0.15 per share of Common Stock to be distributed on February 1, 2008 to shareholders of record at the close of business on January 11, 2008.

For 2008, we expect to return over $2 billion to shareholders through both cash dividends and significant share repurchases. We are now expecting a reduction in average diluted shares outstanding of approximately 8% for 2008 and an ongoing annual dividend payout ratio of 35% - 40% of net income.

Borrowing Capacity

On November 29, 2007, the Company executed an amended and restated five-year senior unsecured Revolving Credit Facility (the "Credit Facility") totaling $1.15 billion which replaced a five-year facility in the amount of $1.0 billion that was set to expire on September 7, 2009. The Credit Facility is unconditionally guaranteed by our principal domestic subsidiaries and contains financial covenants relating to maintenance of leverage and fixed charge coverage ratios. The Credit Facility also contains affirmative and negative covenants including, among other things, limitations on certain additional indebtedness and liens, and certain other transactions specified in the agreement. We were in compliance with all debt covenants at December 29, 2007.

Under the terms of the Credit Facility, we may borrow up to the maximum borrowing limit, less outstanding letters of credit or banker's acceptances, where applicable. At December 29, 2007, our unused Credit Facility totaled $971 million

EX. 1
Page 39

net of outstanding letters of credit of $179 million.  There were no borrowings outstanding under the Credit Facility a December 29, 2007.  The interest rate for borrowings under the Credit Facility ranges from 0.25% to 1.25% over the London Interbank Offered Rate ("LIBOR") or is determined by an Alternate Base Rate, which is the greater of the Prime Rate or the Federal Funds Rate plus 0.50%.  The exact spread over LIBOR or the Alternate Base Rate, as applicable, depends on our performance under specified financial criteria.  Interest on any outstanding borrowings under the Credit Facility is payable at least quarterly.

On November 29, 2007, the Company executed an amended and restated five-year revolving credit facility (the "International Credit Facility" or "ICF") totaling $350 million, which replaced a five-year facility also in the amount of $350 million that was set to expire on November 8, 2010.  The ICF is unconditionally guaranteed by YUM and by YUM's principal domestic subsidiaries and contains covenants substantially identical to those of the Credit Facility.  We were in compliance with all debt covenants at the end of 2007.

There were borrowings of $28 million and available credit of $322 million outstanding under the ICF at the end of 2007 The interest rate for borrowings under the ICF ranges from 0.31% to 1.50% over LIBOR or is determined by a Canadian Alternate Base Rate, which is the greater of the Citibank, N.A., Canadian Branch's publicly announced reference rate or the "Canadian Dollar Offered Rate" plus 0.50%.  The exact spread over LIBOR or the Canadian Alternate Base Rate, as applicable, depends upon YUM's performance under specified financial criteria.  Interest on any outstanding borrowings under the ICF is payable at least quarterly.

In 2006, we executed two short-term borrowing arrangements (the "Term Loans") on behalf of the International Division There were borrowings of $183 million outstanding at the end of 2006 under the Term Loans, both of which expired and were repaid in the first quarter of 2007.

The majority of our remaining long-term debt primarily comprises Senior Unsecured Notes with varying maturity dates from 2008 through 2037 and interest rates ranging from 6.25% to 8.88%.  The Senior Unsecured Notes represent senior, unsecured obligations and rank equally in right of payment with all of our existing and future unsecured unsubordinated indebtedness.  Amounts outstanding under Senior Unsecured Notes were $2.8 billion at December 29, 2007.  This amount includes $600 million aggregate principal amount of 6.25% Senior Unsecured Notes due March 15, 2018 and $600 million aggregate principal amount of 6.875% Senior Unsecured Notes due November 15, 2037, both of which were issued in October 2007.  We are using the proceeds from these notes to repay outstanding borrowings on our Credit Facility, for additional share repurchases and for general corporate purposes.

<u>Contractual Obligations</u>

In addition to any discretionary spending we may choose to make, our significant contractual obligations and payments as of December 29, 2007 included:

| | Total | Less than 1 Year | 1-3 Years | 3-5 Years | More than 5 Years |
|---|---|---|---|---|---|
| Long-term debt obligations[a] | $  5,034 | $  470 | $  375 | $  1,355 | $  2,834 |
| Capital leases[b] | 390 | 24 | 86 | 40 | 240 |
| Operating leases[b] | 3,886 | 462 | 798 | 640 | 1,986 |
| Purchase obligations[c] | 414 | 356 | 50 | 5 | 3 |
| Other long-term liabilities reflected on our Consolidated Balance Sheet under GAAP | 44 | 15 | 10 | 6 | 13 |
| Total contractual obligations | $  9,768 | $  1,327 | $  1,319 | $  2,046 | $  5,076 |

(a)    Debt amounts include principal maturities and expected interest payments. Rates utilized to determine interest payments for variable rate debt are based on an estimate of future interest rates. Excludes a fair value adjustment of $17 million included in debt related to interest rate swaps that hedge the fair value of a portion of our debt. See Note 13.

(b)    These obligations, which are shown on a nominal basis, relate to 6,000 restaurants. See Note 14.

(c)    Purchase obligations include agreements to purchase goods or services that are enforceable and legally binding on us and that specify all significant terms, including: fixed or minimum quantities to be purchased; fixed, minimum or variable price provisions; and the approximate timing of the transaction. We have excluded agreements that are cancelable without penalty. Purchase obligations relate primarily to information technology, marketing, commodity agreements, purchases of property, plant and equipment as well as consulting, maintenance and other agreements.

We have not included in the contractual obligations table approximately $319 million for long-term liabilities for unrecognized tax benefits for various tax positions we have taken. These liabilities may increase or decrease over time as a result of tax examinations, and given the status of the examinations, we cannot reliably estimate the period of any cash settlement with the respective taxing authorities. These liabilities also include amounts that are temporary in nature and for which we anticipate that over time there will be no net cash outflow. We have included in the contractual obligations table $9 million in liabilities for unrecognized tax benefits that we expect to settle in cash in the next year.

We have not included obligations under our pension and postretirement medical benefit plans in the contractual obligations table. Our most significant plan, the YUM Retirement Plan (the "U.S. Plan"), is a noncontributory defined benefit pension plan covering certain full-time U.S. salaried employees. Our funding policy with respect to the U.S. Plan is to contribute amounts necessary to satisfy minimum pension funding requirements, including requirements of the Pension Protection Act of 2006, plus such additional amounts from time to time as are determined to be appropriate to improve the U.S. Plan's funded status. The U.S. Plan's funded status is affected by many factors including discount rates and the performance of U.S. Plan assets. Based on current funding rules, we do not anticipate being required to make minimum pension funding payments in 2008, but we may make discretionary contributions during the year based on our estimate of the U.S. Plan's expected December 27, 2008 funded status. During 2007, we did not make a discretionary contribution to the U.S. Plan. At our September 30, 2007 measurement date, our pension plans in the U.S., which include the U.S. Plan and an unfunded supplemental executive plan, had a projected benefit obligation of $842 million and plan assets of $732 million.

The funding rules for our pension plans outside of the U.S. vary from country to country and depend on many factors including discount rates, performance of plan assets, local laws and tax regulations. Our most significant plans are in the U.K., including a plan for which we assumed full liability upon our purchase of the remaining fifty percent interest in our former Pizza Hut U.K. unconsolidated affiliate. Since our plan assets approximate our projected benefit obligation for our KFC U.K. pension plan, we did not make a significant contribution in 2007 and we do not anticipate any significant further, near term funding. The projected benefit obligation of our Pizza Hut U.K. pension plan exceeds plan assets by approximately $27 million at our November 30, 2007 measurement date. We anticipate taking steps to reduce this deficit in the near term, which could include a decision to partially or completely fund the deficit in 2008. However, given the level of cash flows from operations the Company anticipates generating in 2008, any funding decision would not materially impact our ability to maintain our planned levels of discretionary spending.

Our postretirement plan in the U.S. is not required to be funded in advance, but is pay as you go. We made postretirement benefit payments of $4 million in 2007. See Note 16 for further details about our pension and postretirement plans.

We have excluded from the contractual obligations table payments we may make for exposures for which we are self-insured, including workers' compensation, employment practices liability, general liability, automobile liability and property losses (collectively "property and casualty losses") and employee healthcare and long-term disability claims.

EX. 1
Page 41

The majority of our recorded liability for self-insured employee healthcare, long-term disability and property and casualty losses represents estimated reserves for incurred claims that have yet to be filed or settled.

**Off-Balance Sheet Arrangements**

We had provided a partial guarantee of approximately $12 million of a franchisee loan pool related primarily to the Company's historical refranchising programs and, to a lesser extent, franchisee development of new restaurants at December 29, 2007. In support of this guarantee, we have provided a standby letter of credit of $18 million, under which we could potentially be required to fund a portion of the franchisee loan pool. The total loans outstanding under the loan pool were approximately $62 million at December 29, 2007.

The loan pool is funded by the issuance of commercial paper by a conduit established for that purpose. A disruption in the commercial paper markets may result in the Company and the participating financial institutions having to fund commercial paper issuances that have matured. Any Company funding under its guarantee or letter of credit would be secured by the franchisee loans and any related collateral. We believe that we have appropriately provided for our estimated probable exposures under these contingent liabilities. These provisions were primarily charged to net refranchising (gain) loss. New loans added to the loan pool in 2007 were not significant.

Our unconsolidated affiliates do not have significant amounts of debt outstanding as of December 29, 2007.

**New Accounting Pronouncements Not Yet Adopted**

See Note 2 to the Consolidated Financial Statements included in Part II, Item 8 of this report for further details of new accounting pronouncements not yet adopted.

**Critical Accounting Policies and Estimates**

Our reported results are impacted by the application of certain accounting policies that require us to make subjective or complex judgments. These judgments involve estimations of the effect of matters that are inherently uncertain and may significantly impact our quarterly or annual results of operations or financial condition. Changes in the estimates and judgments could significantly affect our results of operations, financial condition and cash flows in future years. A description of what we consider to be our most significant critical accounting policies follows.

Impairment or Disposal of Long-Lived Assets

We evaluate our long-lived assets for impairment at the individual restaurant level except when there is an expectation that we will refranchise restaurants as a group. Impairment evaluations for individual restaurants that we are currently operating and have not offered for sale are performed on a semi-annual basis or whenever events or circumstances indicate that the carrying amount of a restaurant may not be recoverable (including a decision to close a restaurant). Our semi-annual impairment test includes those restaurants that have experienced two consecutive years of operating losses. Our semi-annual impairment evaluations require an estimation of cash flows over the remaining useful life of the primary asset of the restaurant, which can be for a period of over 20 years, and any terminal value. We limit assumptions about important factors such as sales growth and margin improvement to those that are supportable based upon our plans for the unit and actual results at comparable restaurants.

If the long-lived assets of a restaurant subject to our semi-annual test are not recoverable based upon forecasted, undiscounted cash flows, we write the assets down to their fair value. This fair value is determined by discounting the forecasted after tax cash flows, including terminal value, of the restaurant at an appropriate rate. The discount rate used is our weighted average cost of capital plus a risk premium where deemed appropriate.

We often refranchise restaurants in groups and, therefore, perform such impairment evaluations at the group level. These impairment evaluations are generally performed at the date such restaurants are offered for sale. Forecasted cash flows in such instances consist of estimated holding period cash flows and the expected sales proceeds. Expected sales proceeds

EX. 1
Page 42

are based on the most relevant of historical sales multiples or bids from buyers, and have historically been reasonably accurate estimations of the proceeds ultimately received.

See Note 2 for a further discussion of our policy regarding the impairment or disposal of long-lived assets.

Impairment of Goodwill and Indefinite-Lived Intangible Assets

We evaluate goodwill and indefinite-lived intangible assets for impairment on an annual basis or more often if an event occurs or circumstances change that indicates impairment might exist. Goodwill is evaluated for impairment through the comparison of fair value of our reporting units to their carrying values. Our reporting units are our operating segments in the U.S. and our business management units internationally (typically individual countries). Fair value is the price a willing buyer would pay for the reporting unit, and is generally estimated using either discounted expected future cash flows from operations or the present value of the estimated future franchise royalty stream plus any estimated sales proceeds from refranchising. Any estimated sales proceeds are based on relevant historical sales multiples. The discount rate used in determining fair value is our weighted average cost of capital plus a risk premium where deemed appropriate.

We have recorded intangible assets as a result of business acquisitions. These include trademark/brand intangible assets for KFC, LJS and A&W. We believe the value of a trademark/brand is derived from the royalty we avoid, in the case of Company stores, or receive, in the case of franchise stores, due to our ownership of the trademark/brand. We have determined that the KFC trademark/brand has an indefinite life and therefore it is not being amortized. Our impairment test for the KFC trademark/brand consists of a comparison of the fair value of the asset with its carrying amount. Future sales are the most important assumption in determining the fair value of the KFC trademark/brand.

In determining the fair value of our reporting units and the KFC trademark/brand, we limit assumptions about important factors such as sales growth, margin improvement and other factors impacting the fair value calculation to those that are supportable based upon our plans. For 2007, there was no impairment of goodwill or the KFC trademark/brand.

We have certain intangible assets, such as the LJS and A&W trademark/brand intangible assets, franchise contract rights, reacquired franchise rights and favorable/unfavorable operating leases, which are amortized over their expected useful lives. We base the expected useful lives of our trademark/brand intangible assets on a number of factors including the competitive environment, our future development plans for the applicable Concept and the level of franchisee commitment to the Concept. We generally base the expected useful lives of our franchise contract rights on their respective contractual terms including renewals when appropriate. We base the expected useful lives of reacquired franchise rights over a period for which we believe it is reasonable that we will operate a Company restaurant in the trade area. We base the expected useful lives of our favorable/unfavorable operating leases on the remaining lease term.

Our amortizable intangible assets are evaluated for impairment whenever events or changes in circumstances indicate that the carrying amount of the intangible asset may not be recoverable. An intangible asset that is deemed impaired is written down to its estimated fair value, which is based on discounted cash flows. For purposes of our impairment analysis, we update the cash flows that were initially used to value the amortizable intangible asset to reflect our current estimates and assumptions over the asset's future remaining life.

See Note 2 for a further discussion of our policies regarding goodwill and intangible assets.

Allowances for Franchise and License Receivables/Lease Guarantees

We reserve a franchisee's or licensee's entire receivable balance based upon pre-defined aging criteria and upon the occurrence of other events that indicate that we may not collect the balance due. As a result of reserving using this methodology, we have an immaterial amount of receivables that are past due that have not been reserved for at December 29, 2007.

EX. 1
Page 43

We have also issued certain guarantees as a result of assigning our interest in obligations under operating leases, primaril as a condition to the refranchising of certain Company restaurants. Such guarantees are subject to the requirements c Statement of Financial Accounting Standards ("SFAS") No. 145, "Rescission of FASB Statements No. 4, 44 and 6∉ Amendment of FASB Statement No. 13, and Technical Corrections" ("SFAS 145"). We recognize a liability for the fa value of such lease guarantees under SFAS 145 upon refranchising and upon any subsequent renewals of such lease when we remain contingently liable. The fair value of a guarantee is the estimated amount at which the liability could b settled in a current transaction between willing parties.

If payment on the guarantee becomes probable and estimable, we record a liability for our exposure under these leas assignments and guarantees. At December 29, 2007, we have recorded an immaterial liability for our exposure which w consider to be probable and estimable. The potential total exposure under such leases is significant, with approximatel $325 million representing the present value, discounted at our pre-tax cost of debt, of the minimum payments of th assigned leases at December 29, 2007. Current franchisees are the primary lessees under the vast majority of these lease We generally have cross-default provisions with these franchisees that would put them in default of their franchis agreement in the event of non-payment under the lease. We believe these cross-default provisions significantly reduce th risk that we will be required to make payments under these leases and, historically, we have not been required to mak such payments in significant amounts.

See Note 2 for a further discussion of our policies regarding franchise and license operations.

See Note 22 for a further discussion of our lease guarantees.

<u>Self-Insured Property and Casualty Losses</u>

We record our best estimate of the remaining cost to settle incurred self-insured property and casualty losses. The estima is based on the results of an independent actuarial study and considers historical claim frequency and severity as well changes in factors such as our business environment, benefit levels, medical costs and the regulatory environment th could impact overall self-insurance costs. Additionally, a risk margin to cover unforeseen events that may occur over t several years it takes for claims to settle is included in our reserve, increasing our confidence level that the recorded reser is adequate.

See Note 22 for a further discussion of our insurance programs.

<u>Pension Plans</u>

Certain of our employees are covered under defined benefit pension plans. The most significant of these plans are in th U.S. In accordance with SFAS No. 158 "Employers' Accounting for Defined Benefit Pension and Other Postretiremen Plans" ("SFAS 158"), we have recorded the under-funded status of $110 million for these U.S. plans as a pension liabilit in our Consolidated Balance Sheet as of December 29, 2007. These U.S. plans had projected benefit obligations ("PBO" of $842 million and fair values of plan assets of $732 million in December 29, 2007.

The PBO reflects the actuarial present value of all benefits earned to date by employees and incorporates assumptions a to future compensation levels. Due to the relatively long time frame over which benefits earned to date are expected to b paid, our PBO's are highly sensitive to changes in discount rates. For our U.S. plans, we measured our PBO using discount rate of 6.50% at September 30, 2007. This discount rate was determined with the assistance of our independen actuary. The primary basis for our discount rate determination is a model that consists of a hypothetical portfolio of ten c more corporate debt instruments rated Aa or higher by Moody's with cash flows that mirror our expected benefit paymen cash flows under the plans. In considering possible bond portfolios, the model allows the bond cash flows for a particula year to exceed the expected benefit cash flows for that year. Such excesses are assumed to be reinvested at appropriat one-year forward rates and used to meet the benefit cash flows in a future year. The weighted average yield of thi hypothetical portfolio was used to arrive at an appropriate discount rate. We also insure that changes in the discount rat as compared to the prior year are consistent with the overall change in prevailing market rates and make adjustments as

necessary.  A 50 basis point increase in this discount rate would have decreased our U.S. plans' PBO by approximately $65 million at our measurement date.  Conversely, a 50 basis point decrease in this discount rate would have increased our U.S. plans' PBO by approximately $71 million at our measurement dates.

The pension expense we will record in 2008 is also impacted by the discount rate we selected at our measurement date. We expect pension expense for our U.S. plans to decrease approximately $19 million to $37 million in 2008.  The decrease is primarily driven by a decrease in amortization of net loss of $17 million in 2008.  A 50 basis point change in our weighted average discount rate assumption at our measurement date would impact our 2008 U.S. pension expense by approximately $10 million.

The assumption we make regarding our expected long-term rates of return on plan assets also impacts our pension expense.  Our estimated long-term rate of return on U.S. plan assets represents the weighted-average of historical returns for each asset category, adjusted for an assessment of current market conditions.  Our expected long-term rate of return on U.S. plan assets at September 30, 2007 was 8.0%.  We believe this rate is appropriate given the composition of our plan assets and historical market returns thereon.  A one percentage point increase or decrease in our expected long-term rate of return on plan assets assumption would decrease or increase, respectively, our 2008 U.S. pension plan expense by approximately $7 million.

The losses our U.S. plan assets have experienced, along with a decrease in discount rates over time, have largely contributed to an unrecognized net loss of $80 million included in Accumulated other comprehensive income (loss) for the U.S. plans at December 29, 2007.  For purposes of determining 2007 expense, our funded status was such that we recognized $23 million of this loss in net periodic benefit cost.  We will recognize approximately $6 million of such loss in 2008.

See Note 16 for further discussion of our pension and post-retirement plans.

<u>Stock Options and Stock Appreciation Rights Expense</u>

Compensation expense for stock options and stock appreciation rights ("SARs") is estimated on the grant date using a Black-Scholes option pricing model.  Our specific weighted-average assumptions for the risk-free interest rate, expected term, expected volatility and expected dividend yield are documented in Note 17.  Additionally, under SFAS No. 123 (revised 2004), "Share-Based Compensation" ("SFAS 123R") we are required to estimate pre-vesting forfeitures for purposes of determining compensation expense to be recognized.  Future expense amounts for any particular quarterly or annual period could be affected by changes in our assumptions or changes in market conditions.

We have determined that it is appropriate to group our awards into two homogeneous groups when estimating expected term and pre-vesting forfeitures.  These groups consist of grants made primarily to restaurant-level employees under our Restaurant General Manager Stock Option Plan (the "RGM Plan") and grants made to executives under our other stock award plans.  Historically, approximately 15% - 20% of total options and SARs granted have been made under the RGM Plan.

Grants under the RGM Plan typically cliff vest after four years and grants made to executives under our other stock award plans typically have a graded vesting schedule and vest 25% per year over four years.  We use a single weighted-average expected term for our awards that have a graded vesting schedule as permitted by SFAS 123R.  We revaluate our expected term assumptions using historical exercise and post-vesting employment termination behavior on a regular basis.  Based on the results of this analysis, we have determined that six years is an appropriate expected term for awards to both restaurant level employees and to executives.

Upon each stock award grant we revaluate the expected volatility, including consideration of both historical volatility of our stock as well as implied volatility associated with our traded options.  We have estimated forfeitures based on historical data.  Based on such data, we believe that approximately 45% of all awards granted under the RGM Plan will be forfeited and approximately 20% of all awards granted to above-store executives will be forfeited.

EX. 1
Page 45

Income Tax Valuation Allowances and Unrecognized Tax Benefits

At December 29, 2007, we had a valuation allowance of $308 million primarily to reduce our net operating loss and ta credit carryforward benefits of $363 million, as well as our other deferred tax assets, to amounts that will more likely tha not be realized. The net operating loss and tax credit carryforwards exist in federal, state and foreign jurisdictions an have varying carryforward periods and restrictions on usage. The estimation of future taxable income in thes jurisdictions and our resulting ability to utilize net operating loss and tax credit carryforwards can significantly chang based on future events, including our determinations as to the feasibility of certain tax planning strategies. Thus, recorde valuation allowances may be subject to material future changes.

As a matter of course, we are regularly audited by federal, state and foreign tax authorities. Effective December 31, 2006 we adopted Financial Accounting Standards Board ("FASB") Interpretation No. 48, "Accounting for Uncertainty i Income Taxes" ("FIN 48"), an interpretation of Statement of Financial Accounting Standards No. 109, "Accounting fo Income Taxes". FIN 48 requires that a position taken or expected to be taken in a tax return be recognized in the financia statements when it is more likely than not (i.e. a likelihood of more than fifty percent) that the position would be sustaine upon examination by tax authorities. A recognized tax position is then measured at the largest amount of benefit that i greater than fifty percent likely of being realized upon settlement. At December 29, 2007, we had $376 million o unrecognized tax benefits, $194 million of which, if recognized, would affect the effective tax rate. We evaluat unrecognized tax benefits, including interest thereon, on a quarterly basis to insure that they have been appropriatel adjusted for events, including audit settlements, which may impact our ultimate payment for such exposures.

See Note 20 for a further discussion of our income taxes.

**Item 7A.        Quantitative and Qualitative Disclosures About Market Risk.**

The Company is exposed to financial market risks associated with interest rates, foreign currency exchange rates an commodity prices. In the normal course of business and in accordance with our policies, we manage these risks through variety of strategies, which may include the use of derivative financial and commodity instruments to hedge ou underlying exposures. Our policies prohibit the use of derivative instruments for trading purposes, and we hav procedures in place to monitor and control their use.

Interest Rate Risk

We have a market risk exposure to changes in interest rates, principally in the U.S. We attempt to minimize this risk an lower our overall borrowing costs through the utilization of derivative financial instruments, primarily interest rate swap These swaps are entered into with financial institutions and have reset dates and critical terms that match those of th underlying debt. Accordingly, any change in market value associated with interest rate swaps is offset by the opposit market impact on the related debt.

At December 29, 2007 and December 30, 2006, a hypothetical 100 basis point increase in short-term interest rates woul result, over the following twelve-month period, in a reduction of approximately $3 million and $9 million, respectively, i income before income taxes. The estimated reductions are based upon the level of variable rate debt and assume n changes in the volume or composition of that debt and include no impact from interest income related to cash and cas equivalents. In addition, the fair value of our derivative financial instruments at December 29, 2007 and December 30 2006 would decrease approximately $31 million and $32 million, respectively. The fair value of our Senior Unsecure Notes at December 29, 2007 and December 30, 2006 would decrease approximately $173 million and $69 millior respectively. Fair value was determined by discounting the projected cash flows.

Foreign Currency Exchange Rate Risk

The combined International Division and China Division operating profits constitute approximately 54% of our operating profit in 2007, excluding unallocated income (expenses). In addition, the Company's net asset exposure (defined as foreign currency assets less foreign currency liabilities) totaled approximately $1.5 billion as of December 29, 2007. Operating in international markets exposes the Company to movements in foreign currency exchange rates. The Company's primary exposures result from our operations in Asia-Pacific, the Americas and Europe. Changes in foreign currency exchange rates would impact the translation of our investments in foreign operations, the fair value of our foreign currency denominated financial instruments and our reported foreign currency denominated earnings and cash flows. For the fiscal year ended December 29, 2007, operating profit would have decreased $89 million if all foreign currencies had uniformly weakened 10% relative to the U.S. dollar. The estimated reduction assumes no changes in sales volumes or local currency sales or input prices.

We attempt to minimize the exposure related to our investments in foreign operations by financing those investments with local currency debt when practical. In addition, we attempt to minimize the exposure related to foreign currency denominated financial instruments by purchasing goods and services from third parties in local currencies when practical. Consequently, foreign currency denominated financial instruments consist primarily of intercompany short-term receivables and payables. At times, we utilize forward contracts to reduce our exposure related to these intercompany short-term receivables and payables. The notional amount and maturity dates of these contracts match those of the underlying receivables or payables such that our foreign currency exchange risk related to these instruments is minimized.

Commodity Price Risk

We are subject to volatility in food costs as a result of market risk associated with commodity prices. Our ability to recover increased costs through higher pricing is, at times, limited by the competitive environment in which we operate. We manage our exposure to this risk primarily through pricing agreements with our vendors.

**Cautionary Statements**

From time to time, in both written reports and oral statements, we present "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. The statements include those identified by such words as "may," "will," "expect," "project," "anticipate," "believe," "plan" and other similar terminology. These "forward-looking statements" reflect our current expectations regarding future events and operating and financial performance and are based upon data available at the time of the statements. Actual results involve risks and uncertainties, including both those specific to the Company and those specific to the industry, and could differ materially from expectations. Accordingly, you are cautioned not to place undue reliance on forward-looking statements.

Company risks and uncertainties include, but are not limited to, changes in effective tax rates; potential unfavorable variances between estimated and actual liabilities; our ability to secure distribution of products and equipment to our restaurants on favorable economic terms and our ability to ensure adequate supply of restaurant products and equipment in our stores; unexpected disruptions in our supply chain; effects and outcomes of any pending or future legal claims involving the Company; the effectiveness of operating initiatives and marketing, advertising and promotional efforts; our ability to continue to recruit and motivate qualified restaurant personnel; the ongoing financial viability of our franchisees and licensees; the success of our refranchising strategy; the success of our strategies for international development and operations; volatility of actuarially determined losses and loss estimates; and adoption of new or changes in accounting policies and practices including pronouncements promulgated by standard setting bodies.

Industry risks and uncertainties include, but are not limited to, economic and political conditions in the countries and territories where we operate, including effects of war and terrorist activities; new legislation and governmental regulations or changes in laws and regulations and the consequent impact on our business; new product and concept development by us and/or our food industry competitors; changes in competition in the food industry; publicity which may impact our

business and/or industry; severe weather conditions; volatility of commodity costs; increases in minimum wage and other operating costs; availability and cost of land and construction; consumer preferences or perceptions concerning the products of the Company and/or our competitors, spending patterns and demographic trends; political or economic instability in local markets and changes in currency exchange and interest rates; and the impact that any widespread illness or general health concern may have on our business and/or the economy of the countries in which we operate.

48

**Item 8.**        **Financial Statements and Supplementary Data.**

## INDEX TO FINANCIAL INFORMATION

|  | Page Reference |
|---|---|
| **Consolidated Financial Statements** | |
| Reports of Independent Registered Public Accounting Firm | 50 |
| Consolidated Statements of Income for the fiscal years ended December 29, 2007, December 30, 2006 and December 31, 2005 | 52 |
| Consolidated Statements of Cash Flows for the fiscal years ended December 29, 2007, December 30, 2006 and December 31, 2005 | 53 |
| Consolidated Balance Sheets at December 29, 2007 and December 30, 2006 | 54 |
| Consolidated Statements of Shareholders' Equity and Comprehensive Income for the fiscal years ended December 29, 2007, December 30, 2006 and December 31, 2005 | 55 |
| Notes to Consolidated Financial Statements | 56 |
| Management's Responsibility for Financial Statements | 101 |

**Financial Statement Schedules**

No schedules are required because either the required information is not present or not present in amounts sufficient to require submission of the schedule, or because the information required is included in the above listed financial statements or notes thereto.

**Report of Independent Registered Public Accounting Firm**

The Board of Directors and Shareholders
YUM! Brands, Inc.:

We have audited the accompanying consolidated balance sheets of YUM! Brands, Inc. and Subsidiaries ("YUM") as o
December 29, 2007 and December 30, 2006, and the related consolidated statements of income, cash flows an
shareholders' equity and comprehensive income for each of the years in the three-year period ended December 29, 2007
These consolidated financial statements are the responsibility of YUM's management. Our responsibility is to express a
opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (Unite
States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether th
financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supportin
the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles use
and significant estimates made by management, as well as evaluating the overall financial statement presentation. W
believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financia
position of YUM as of December 29, 2007 and December 30, 2006, and the results of its operations and its cash flows fo
each of the years in the three-year period ended December 29, 2007, in conformity with U.S. generally accepte
accounting principles.

As discussed in the Notes to the consolidated financial statements, YUM adopted the provisions of the Financia
Accounting Standards Board Interpretation No. 48, *Accounting for Uncertainty in Income Taxes*, in 2007, Statement o
Financial Accounting Standards (SFAS) No. 158, *Employers' Accounting for Defined Benefit Pension and Othe
Postretirement Plans*, and Staff Accounting Bulletin No. 108, *Considering the Effects of Prior Year Misstatements whe
Quantifying Misstatements in the Current Year*, in 2006, and SFAS No. 123R, *Share-based Payment*, in 2005.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (Unite
States), YUM's internal control over financial reporting as of December 29, 2007, based on criteria established in *Interna
Control – Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission
and our report dated February 25, 2008 expressed an unqualified opinion on the effectiveness of internal control ove
financial reporting.

/s/ KPMG LLP
Louisville, Kentucky
February 25, 2008

**Report of Independent Registered Public Accounting Firm**

The Board of Directors and Shareholders
YUM! Brands, Inc.:

We have audited the internal control over financial reporting of YUM! Brands, Inc. and Subsidiaries ("YUM") as of December 29, 2007, based on criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission. YUM's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in "Management's Report on Internal Control over Financial Reporting" appearing under Item 9A. Our responsibility is to express an opinion on YUM's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audit also included performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, YUM maintained, in all material respects, effective internal control over financial reporting as of December 29, 2007, based on criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheets of YUM as of December 29, 2007 and December 30, 2006, and the related consolidated statements of income, cash flows and shareholders' equity and comprehensive income for each of the years in the three-year period ended December 29, 2007, and our report dated February 25, 2008, expressed an unqualified opinion on those consolidated financial statements.

/s/ KPMG LLP
Louisville, Kentucky
February 25, 2008

EX. 1
Page 51

**Consolidated Statements of Income**
YUM! Brands, Inc. and Subsidiaries
Fiscal years ended December 29, 2007, December 30, 2006 and December 31, 2005
(in millions, except per share data)

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| **Revenues** | | | |
| Company sales | $ 9,100 | $ 8,365 | $ 8,225 |
| Franchise and license fees | 1,316 | 1,196 | 1,124 |
| Total revenues | 10,416 | 9,561 | 9,349 |
| **Costs and Expenses, Net** | | | |
| Company restaurants | | | |
| Food and paper | 2,824 | 2,549 | 2,584 |
| Payroll and employee benefits | 2,305 | 2,142 | 2,171 |
| Occupancy and other operating expenses | 2,644 | 2,403 | 2,315 |
|  | 7,773 | 7,094 | 7,070 |
| General and administrative expenses | 1,293 | 1,187 | 1,158 |
| Franchise and license expenses | 40 | 35 | 33 |
| Closures and impairment expenses | 35 | 59 | 62 |
| Refranchising (gain) loss | (11) | (24) | (43) |
| Other (income) expense | (71) | (52) | (84) |
| Total costs and expenses, net | 9,059 | 8,299 | 8,196 |
| **Operating Profit** | 1,357 | 1,262 | 1,153 |
| Interest expense, net | 166 | 154 | 127 |
| **Income before Income Taxes** | 1,191 | 1,108 | 1,026 |
| Income tax provision | 282 | 284 | 264 |
| **Net Income** | $ 909 | $ 824 | $ 762 |
| **Basic Earnings Per Common Share** | $ 1.74 | $ 1.51 | $ 1.33 |
| **Diluted Earnings Per Common Share** | $ 1.68 | $ 1.46 | $ 1.28 |
| **Dividends Declared Per Common Share** | $ 0.45 | $ 0.4325 | $ 0.2225 |

See accompanying Notes to Consolidated Financial Statements.

**Consolidated Statements of Cash Flows**
YUM! Brands, Inc. and Subsidiaries
Fiscal years ended December 29, 2007, December 30, 2006 and December 31, 2005
(in millions)

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| **Cash Flows – Operating Activities** |  |  |  |
| Net income | $ 909 | $ 824 | $ 762 |
| Depreciation and amortization | 542 | 479 | 469 |
| Closures and impairment expenses | 35 | 59 | 62 |
| Refranchising (gain) loss | (11) | (24) | (43) |
| Contributions to defined benefit pension plans | (1) | (43) | (74) |
| Deferred income taxes | (95) | (30) | (101) |
| Equity income from investments in unconsolidated affiliates | (51) | (51) | (51) |
| Distributions of income received from unconsolidated affiliates | 40 | 32 | 44 |
| Excess tax benefits from share-based compensation | (74) | (65) | (92) |
| Share-based compensation expense | 61 | 65 | 62 |
| Changes in accounts and notes receivable | (4) | 24 | (1) |
| Changes in inventories | (31) | (3) | (4) |
| Changes in prepaid expenses and other current assets | (6) | (33) | 78 |
| Changes in accounts payable and other current liabilities | 118 | (30) | (10) |
| Changes in income taxes payable | 70 | 10 | 54 |
| Other non-cash charges and credits, net | 65 | 85 | 78 |
| **Net Cash Provided by Operating Activities** | 1,567 | 1,299 | 1,233 |
|  |  |  |  |
| **Cash Flows – Investing Activities** |  |  |  |
| Capital spending | (742) | (614) | (609) |
| Proceeds from refranchising of restaurants | 117 | 257 | 145 |
| Acquisition of remaining interest in unconsolidated affiliate, net of cash assumed | — | (178) | — |
| Proceeds from the sale of interest in Japan unconsolidated affiliate | 128 | — | — |
| Acquisition of restaurants from franchisees | (4) | (7) | (2) |
| Short-term investments | 6 | 39 | 12 |
| Sales of property, plant and equipment | 56 | 57 | 81 |
| Other, net | 7 | (30) | 28 |
| **Net Cash Used in Investing Activities** | (432) | (476) | (345) |
|  |  |  |  |
| **Cash Flows – Financing Activities** |  |  |  |
| Proceeds from issuance of long-term debt | 1,195 | 300 | — |
| Repayments of long-term debt | (24) | (211) | (14) |
| Revolving credit facilities, three months or less, net | (149) | (23) | 160 |
| Short-term borrowings by original maturity |  |  |  |
|     More than three months – proceeds | 1 | 236 | — |
|     More than three months – payments | (184) | (54) | — |
|     Three months or less, net | (8) | 4 | (34) |
| Repurchase shares of Common Stock | (1,410) | (983) | (1,056) |
| Excess tax benefit from share-based compensation | 74 | 65 | 92 |
| Employee stock option proceeds | 112 | 142 | 148 |
| Dividends paid on Common Stock | (273) | (144) | (123) |
| Other, net | (12) | (2) | — |
| **Net Cash Used in Financing Activities** | (678) | (670) | (827) |
| **Effect of Exchange Rate on Cash and Cash Equivalents** | 13 | 8 | 1 |
| **Net Increase in Cash and Cash Equivalents** | 470 | 161 | 62 |
| **Net Increase in Cash and Cash Equivalents of Mainland China for December 2004** | — | — | 34 |
| Cash and Cash Equivalents – Beginning of Year | 319 | 158 | 62 |
| Cash and Cash Equivalents – End of Year | $ 789 | $ 319 | $ 158 |

See accompanying Notes to Consolidated Financial Statements.

**Consolidated Balance Sheets**
YUM! Brands, Inc. and Subsidiaries
December 29, 2007 and December 30, 2006
(in millions)

| | 2007 | 2006 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 789 | $ 319 |
| Accounts and notes receivable, less allowance: $21 in 2007 and $18 in 2006 | 225 | 220 |
| Inventories | 128 | 93 |
| Prepaid expenses and other current assets | 142 | 138 |
| Deferred income taxes | 125 | 57 |
| Advertising cooperative assets, restricted | 72 | 74 |
| **Total Current Assets** | 1,481 | 901 |
| | | |
| Property, plant and equipment, net | 3,849 | 3,631 |
| Goodwill | 672 | 662 |
| Intangible assets, net | 333 | 347 |
| Investments in unconsolidated affiliates | 153 | 138 |
| Other assets | 464 | 369 |
| Deferred income taxes | 290 | 320 |
| **Total Assets** | $ 7,242 | $ 6,368 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **Current Liabilities** | | |
| Accounts payable and other current liabilities | $ 1,650 | $ 1,386 |
| Income taxes payable | 52 | 37 |
| Short-term borrowings | 288 | 227 |
| Advertising cooperative liabilities | 72 | 74 |
| **Total Current Liabilities** | 2,062 | 1,724 |
| | | |
| Long-term debt | 2,924 | 2,045 |
| Other liabilities and deferred credits | 1,117 | 1,147 |
| **Total Liabilities** | 6,103 | 4,916 |
| | | |
| **Shareholders' Equity** | | |
| Preferred stock, no par value, zero shares and 250 shares authorized in 2007 and 2006, respectively; no shares issued | — | — |
| Common Stock, no par value, 750 shares authorized; 499 shares and 530 shares issued in 2007 and 2006, respectively | — | — |
| Retained earnings | 1,119 | 1,608 |
| Accumulated other comprehensive income (loss) | 20 | (156) |
| **Total Shareholders' Equity** | 1,139 | 1,452 |
| **Total Liabilities and Shareholders' Equity** | $ 7,242 | $ 6,368 |

See accompanying Notes to Consolidated Financial Statements.

EX. 1
Page 54